OFFICE OF THE CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA
601 MARKET STREET
PHILADELPHIA, PA 19106

JAMES COPPEDGE                                CASE No.: 23-2291(BMS)
                                              Date: 07/15/2023
V.

CITY OF PHILADELPHIA

## MOTION FOR CONTINUANCE

This Motion for a 30-day Continuance is needed as a Pro se litigant to have adequate time to comply with the Order to file an Amended Complaint according to the Rules due not later than July 28, 2023.

Without prejudice,

James Coppedge, sui juris
Authorized Representative

## Verification

I, the undersigned, do certify that the foregoing is true and correct to the best of my knowledge and understanding.

## Certification of Service

I, the undersigned, do certify that the Motion for Continuance was served upon the following parties on this 16th day of July 2023 in the manner indicated below:

**By U.S. Certified Mail:** OVERNIGHT: EI 578 702 481 US

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA
601 MARKET STREET, 1ST FLOOR
PHILADELPHIA, PA 19106

**By U.S. Certified Mail:** 7022 2410 0000 5064 9902

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
ATTN: SAM SCAUVZZO, ESQ.
1401 J.F.K. BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

Without prejudice,

_____
James Coppedge, sui juris
Authorized Representative
c/o 52 Barkley Ct
Dover, Delaware near [1904]

U.S. POSTAGE PAID

**PRESS FIRMLY TO SEAL**       **PRESS FIRMLY TO SEAL**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

---

### USPS PRIORITY MAIL EXPRESS® Label

EI 578 702 481 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( )

James Coppedge
c/o 52 Barkley Ct
Dover, DE 19904

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)   PHONE ( )

Clerk of Court
U.S. District Court
For the District of PA
601 Market St, 1st Fl
Phila, PA 19106

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code: 19131 | Scheduled Delivery Date: 7/17/23 | | Postage: $28.75 |
| Date Accepted: 7/15/23 | Scheduled Delivery Time: ☐ 6:00 PM | Insurance Fee | COD Fee |
| Time Accepted: 9:44 ☒ AM ☐ PM | | Return Receipt Fee | Live Animal Transportation Fee |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| Weight: lbs. ozs. | ☒ Flat Rate | Acceptance Employee Initials: BR | $28.75 |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) / Time / Employee Signature
Delivery Attempt (MM/DD/YY) / Time / Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996



JUL 17 2023

  **UNITED STATES POSTAL SERVICE®** 

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.