# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris
JAMES COPPEDGE, DEBTOR © Ens legis
c/o 52 Barkley Court
Dover, Delaware 19904
Phone: 215.913.1485

**CIVIL/CRIMINAL**
**ACTION NO. 23-02291 (BMS)**

   vs.

Date: 07/24/2023

CITY OF PHILADELPHIA, A private ENTITY
ATTN: FRANK BRESLIN, CFO, et al
CHIEF DEBT COLLECTIONS OFFICER
WATER REVENUE BUREAU
CITY HALL, ROOM 215
1400 JFK BOULEVARD
PHILADELPHIA, PA. 19107
Phone: 215.685.6300

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
ATTN: SAM SCAUVZZO, ESQ.
LAW DEPARTMENT
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

PHILADELPHIA GAS WORKS
ATTN: GRACIDA CHRISTLIEB, ESQ.
800 WEST MONTGOMERYAVENUE
PHILADELPHIA, PA 19122

PECO CFO: LYNN R. ZACK, ESQ
2301 MARKET STREET
PHILADELPHIA, PA 19101-3778

## MOTION
## AMENDED COMPLAINT
### PETITION FOR RESTRAINING ORDER:
A CONTEST OF DOUBLE BILLING ENTRIES OF UNLAWFUL  REAL ESTATE TAX,WATER SHUT-OFF, PGW-SHUT-OFF AND PECO SHUT-OFF BY REJECTION OF VALID NEGOTIABLE INSTRUMENTS, PUR.  HJR-192, FRCP Rule 60(b), UCC 3-603, UCC 3-11, UCC 3-308, UCC 3-104, UCC 3-419, AND UCC 1-308.

TO WHOM IT MAY CONCERN:

For the record and let the record show that the above Opposing Counsels or Representatives are operating unlawfully under color of law and color of office {42 USC § 1983} by charging my accounts under Article 1, § 10 rather than lawfully accepting for value the return for crediting the accounts.  The U.S. policy must be followed pursuant to HJR-192 rather than Article 1, § 10, but they are not.

I am the Secured Party authorized to speak for and respond on behalf of JAMES COPPEDGE.  This is an Actual and Constructive Notice that the claim on the attached Notice has been discharged through the IRS.  The IRS received the entire amount, and the discharges are honored by Treasury Rule by my Fiduciary, the Secretary of Treasury.  Furthermore, the undersigned Secured Party has filed a prior, superior UCC claim with the Secretary of State, a UCC 1 Financing Statement No.: 2009 0491016.  Delaware.

Therefore, you are hereby notified that the undersigned Secured Party contests the Double Book Entries with the threat of Water Shutoffs with no notice to tenants as required by law. In addition to other unlawful Shut-Offs, due the wrongful rejection of Negotiable Instruments.  Your actions of ignoring former payments through US Treasury is in violation of HJR-192 of June 05, 1933, Public Law 73-10 (48) Statues 112-113, 15 USC Section 1692e, seq., in consideration of the US CONSTITUTION ARTICLE 1, SECTION 10.  If not corrected and water shutoffs are not voided, and others Amended Complaints immediately, all respondents agree by silence to a penalty of $80 Thousand USD if the accounts are not credited to the accounts in addition to any criminal penalties the Law may impose.  If you dispute this claim, respond by Affidavit under penalty of perjury.

PRINTED NAME: <u>James Coppedge, SPC</u>
Without prejudice, all rights are reserved.

ADDRESS: <u>52 Barkley Court, Dover, DE, 19904</u>

SIGNATURE: _____
Authorized Representative

DATE: <u>07/23/2023</u>

03/2019

James Coppedge
52 Barkley Ct.
Dover, DE 19904

Retail

U.S. POSTAGE PAID
FCM LG ENV
CHESWOLD, DE 19936
JUL 24, 2023

19106

RDC 99

$2.07

R2305M145186-06



U.S.M.S.
X-RAY


RECEIVED
JUL 26 2023

Office Of The Clerk
US District Court
for the Eastern District of PA
601 Market St, 1st Fl.
Phila, Pa. 19106