AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     23-2291  (BMS)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.  James Coppadge, WO/A

Date:   07/26/2023                              UNITED STATES POSTAL SERVICE

_____
                                                    *Server's signature*

                                        Postal Employee
_____
                                                    *Printed name and title*

                                        CHESWOLD, 262 E. MAIN ST
                                        CHEWWOLD, DE 19936-9998
_____
                                                    *Server's address*

Additional information regarding attempted service, etc:

    Served by Certified Mail #7021 0950 0000 0328 1411: TO: CITY OF PHILA.

    ATTN: FRANK BRESLIN, CFO, CITY HALL RM 215, 1400 JFK BLVD, PHILA., PA 19107
    See Attachment

*see ATTACH*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    23-2291  (BMS)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒xOther *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true. *James Coppedsey wo/p*

Date:  07/26/2023 _____

UNITED STATES POSTAL SERVICE

*Server's signature*

Postal Service Employee

*Printed name and title*

CHESWOLD, 262 E. MAIN STREET
CHESWOLD, DE   19936-9998

*Server's address*

Additional information regarding attempted service, etc:

Served by CERTIFIED MAIL: # 7021 0950  0000 0328 0216:  PECO ENERGY CO., ATTN:
CFO, LYNN R. ZACK, ESQ. 2301 MARKET STREET, PHILA., PA 19101-3778

*See ATTACH*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    23-2291  (BMS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.    James Coppedgo, USPS

Date:   07/26/2023                            UNITED STATES POSTAL SERVICE

                                              *Server's signature*

                                              POSTAL SERVICE EMPLOYEE

                                              *Printed name and title*
                                              CHESWOLD, 262 E. MAIN STREET
                                              CHESWOLD, DE 19936-9998

                                              *Server's address*

Additional information regarding attempted service, etc:

        Served by Certified Mail: #   7021 0950 0000 0327 9517 To:  PGW ATTN:
        GRACIDA CHRISTLIEB, ESQ. 800 WEST MONTGOMERY AVENUE, PHILA., PA 19122

See ATTACH

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      23-02853 (BMS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.    *James Coppedge, USPS*

Date: 07/26/2023                        UNITED STATES POSTAL SERVICE
                                        _____
                                        *Server's signature*

                                        POSTAL SERVICE EMPLOYEE
                                        _____
                                        *Printed name and title*
                                        CHESWOLD, 262 E. MAIN STREET
                                        CHESWOLD, DE 19936-9998

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:    CITY OF PHILA., JAMES J. ZWOLAK, ESQ.
                                                            LAW DEPT., 5th FLOOR, 1401 JFK BLVD, MSB
                                                            PHILA., PA 19102

*See ATTACH*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23-2291  (BMS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*               .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.  *James Coppedge, wo/A*

Date:  07/26/2023                US POSTAL SERVICE

                              *Server's signature*
                              Postal Service Employee

                              *Printed name and title*
                              CHESWOLD, 262 E. MAIN STREET
                              CHESWOLD, DE 19136-9998

                              *Server's address*

Additional information regarding attempted service, etc:
       Served by CERTIFIED MAIL: # 9589 0710 5270 0863 8656  07: To: CITY OF PHILA.,
       ATTN: SAM SCAUVZZO, ESQ. LAW DEPT., 5th FLOOR, MSB, 1401 JFK BLVD, MSB
       1401 JFK BLVD., PHILA., PA  19102

*See ATTACHMENT*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris
JAMES COPPEDGE, DEBTOR © Ens legis
c/o 52 Barkley Court
Dover, Delaware 19904
Phone: 215.913.1485

**CIVIL/CRIMINAL**
**ACTION NO. 23-02291 (BMS)**

Date: 07/24/2023

vs.

CITY OF PHILADELPHIA, A private ENTITY
ATTN: FRANK BRESLIN, CFO, et al
CHIEF DEBT COLLECTIONS OFFICER
WATER REVENUE BUREAU
CITY HALL, ROOM 215
1400 JFK BOULEVARD
PHILADELPHIA, PA. 19107
Phone: 215.685.6300

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
ATTN: SAM SCAUVZZO, ESQ.
LAW DEPARTMENT
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

PHILADELPHIA GAS WORKS
ATTN: GRACIDA CHRISTLIEB, ESQ.
800 WEST MONTGOMERY AVENUE
PHILADELPHIA, PA 19122

PECO CFO: LYNN R. ZACK, ESQ
2301 MARKET STREET
PHILADELPHIA, PA 19101-3778

## MOTION
### AMENDED COMPLAINT
PETITION FOR RESTRAINING ORDER:
A CONTEST OF DOUBLE BILLING ENTRIES OF UNLAWFUL REAL ESTATE
TAX, WATER SHUT-OFF, PGW-SHUT-OFF AND PECO SHUT-OFF BY REJECTION OF
VALID NEGOTIABLE INSTRUMENTS, PUR.  HJR-192, FRCP Rule 60(b), UCC 3-603, UCC
3-11, UCC 3-308, UCC 3-104, UCC 3-419, AND UCC 1-308.

TO WHOM IT MAY CONCERN:

For the record and let the record show that the above Opposing Counsels or Representatives are operating unlawfully under color of law and color of office {42 USC § 1983} by charging my accounts under Article 1, § 10 rather than lawfully accepting for value the return for crediting the accounts. The U.S. policy must be followed pursuant to HJR-192 rather than Article 1, § 10, but they are not.

I am the Secured Party authorized to speak for and respond on behalf of JAMES COPPEDGE. This is an Actual and Constructive Notice that the claim on the attached Notice has been discharged through the IRS. The IRS received the entire amount, and the discharges are honored by Treasury Rule by my Fiduciary, the Secretary of Treasury. Furthermore, the undersigned Secured Party has filed a prior, superior UCC claim with the Secretary of State, a UCC 1 Financing Statement No.: 2009 0491016. Delaware.

Therefore, you are hereby notified that the undersigned Secured Party contests the Double Book Entries with the threat of Water Shutoffs with no notice to tenants as required by law. In addition to other unlawful Shut-Offs, due the wrongful rejection of Negotiable Instruments. Your actions of ignoring former payments through US Treasury is in violation of HJR-192 of June 05, 1933, Public Law 73-10 (48) Statues 112-113, 15 USC Section 1692e, seq., in consideration of the US CONSTITUTION ARTICLE 1, SECTION 10. If not corrected and water shutoffs are not voided, and others Amended Complaints immediately, all respondents agree by silence to a penalty of $80 Thousand USD if the accounts are not credited to the accounts in addition to any criminal penalties the Law may impose. If you dispute this claim, respond by Affidavit under penalty of perjury.

2

PRINTED NAME: <u>James Coppedge, SPC</u>
Without prejudice, all rights are reserved.

ADDRESS: <u>52 Barkley Court, Dover, DE, 19904</u>

SIGNATURE:

Authorized Representative

DATE: <u>07/23/2023</u>

03/2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSLYVANIA

James Coppedge sui juris SPC/AR
JAMES COPPEDGE, DEBTOR © Ens legis
52 Barkley Court
DOVER, DELAWARE [19904]
*(In the space above enter the full names(s) of the plaintiff(s).)*

-*against*-

CITY OF PHILADELPHIA, A private ENTITY
ATTN: FRANK BRESLIN, CFO, et al
CHIEF DEBT COLLECTIONS OFFICER
WATER REVENUE BUREAU
CITY HALL, ROOM 215
1400 JFK BOULEVARD
PHILADELPHIA, PA. 19107

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
ATTN: SAM SCAUVZZO, ESQ.
LAW DEPARTMENT
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

PHILADELPHIA GAS WORKS
ATTN: GRACIDA CHRISTLIEB, ESQ.
800 WEST MONTGOMERYAVENUE
PHILADELPHIA, PA 19122

PECO CFO: LYNN R. ZACK, ESQ
2301 MARKET STREET
PHILADELPHIA, PA 19101-3778

**COMPLAINT**

Jury Trial: ✓ Yes ___ No

(Check one)

*(In the space above enter the full names(s) of the defendant(s). If you
Cannot fit the names of all of the defendants in the space provided,
Please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part 1. Addresses should not be included here.)*

**I.      Parties in this complaint:**

4

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            James Coppedge on behalf of JAMES COPPEDGE, DEBTOR

             Street Address  c/o 52 Barkley Court,

             County, City    KENT, Dover, Delaware

             State & Zip Code Delaware   near [19904]

             Telephone Number 215.913.1485

*Rev. 10/2009*

C.   If the basis of jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship    DELAWARE

     Defendant(s) state(s) of citizenship    PENNSYLVANIA

## II.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not Cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?  PHILADELPHIA, PA 19140

B.   What date and approximate time did the events giving rise to your claim(s) occur? On May 26, 2023

I received a Letter/Notice that payments were not accepted although they were not returned as stipulated if rejected.

They were accepted for value because the negotiable instruments were not returned for corrections.

C.   Facts: UCC 3's and Money Orders with 1040-V's were mailed on 06/07/2023 and 06/02/2023 (Documents

are on file). I have suffered a great deal of stress and anxieties being worried about my tenants well-being

and the unlawful rejection of Negotiable Instruments because the documents have not been credited to my

accounts. I presented the negotiable instruments in its private capacity. I understand that this information

is not for the general public. The other parties are detailed under separate cover.

Mr. Breslin's staff. The Letters/Notices I received from Mr. Breslin's staff was in violation of 15 USC

SEC. 1692e with no signature and with no validation of debt. The BILLS are incorrect and not validated

**What Happened To you?**

**who did what?**

**Was anyone else involved?**

5

by Affidavit as stipulated, yet Shut-off Notices were issued.  Attached are some  Affidavit in support of Commercial Discharge, which Mr. Breslin and other Respondents must answer before a Shut-off Notice can lawfully be issued. SAM SCAUVZZO, Esq., was also involved.  This COMPLAINT deals with WATER REVENUE DOUBLE BILL ENTRIES and WRONGFUL uncredited REAL ESTATE TAXES. WATER TAX, GAS TAX AND PECO ENERGY TAX.   Agents must be retrained to follow the law such as Ms Copper, and Mr. James Gilbert.

Who else
saw what
happened?

TO THE COURT:

Please see private "Proof of Claim" Attachments and BOND SUBMITTED UNDER SEPARTMENT COVER.

*Rev. 10/2009*

6

ATTACHMENT

 **PHILADELPHIA GAS WORKS**
800 West Montgomery Avenue • Philadelphia, PA 19122

Graciela Christlieb, Senior Attorney
Legal Department
Direct Dial: 215-684-6164
FAX: 215-684-6798
E-mail: graciela.christlieb@pgworks.com

June 30, 2023

Mr. James Coppedge
3742 North 18th Street
Philadelphia, PA  19140

Re:     PGW Acct. No. 0755172653; 3742 North 18th Street, Philadelphia, PA  19140

Dear Mr. Coppedge:

This letter is to confirm that PGW in receipt of a combination of documents dated June 3, 2023, June 15, 2023, and June 20, 2023 (this last is a hand-written date on a document originally dated April 14, 2023) and addressed to PGW's Chief Financial Officer, PGW's Commercial Resource Center, and myself, respectively. Copies of the documents to which I am referring are enclosed with this letter.

As with your previous correspondence, it appears that you are attempting to satisfy or believe you have somehow already satisfied the outstanding balance due on your PGW account. The language in the documents makes it plain that your belief is based on a misinterpretation of a variety of federal laws and codes. Please be advised that none of the law cited in your documents has any bearing on the payment or satisfaction of your gas bill and that PGW does not accept the submission of your documents, or anything contained therein, as a form of payment. Again, none of the information contained in any of the documents you have provided has any bearing on your obligation to pay the outstanding balance on your PGW account. PGW does not consider your submission of these documents as a form of payment or as a valid method of discharging your debt to PGW. The documents you have provided cannot be redeemed for any value from any U.S. government office or from any bank. PGW continues to categorically reject the submission of such documents as satisfaction of your debt. I once again invite you to speak with an attorney about the legality of these types of documents before sending any more of them to PGW.

Sincerely,

*/s/ Graciela Christlieb*

Graciela Christlieb, Esquire

Certified Return Mail Number _____          □
 JAMES COPPEDGE
ON BEHALF OF FREDERICK DANCY
 FORMER ADDRESS:
3739 N. 18TH ST
PHILADELPHIA, PA 19140.
PROPERTY OWNER.

DATE:  03/15/2023

PECO/CFO OR ATTORNEY-AT-LAW
Attn: Robert Stefani, CFO
2301 MARKET STREET
PO BOX 13778
PHILADELPHIA, PA 19101-3778

Re:   Wednesday, November 9, 2022

### AFFIDAVIT

### NOTICE OF DEFAULT AND DISHONOR

Dear Mr. Robert Stefani, PECO'S CFO:

As a consequence of your failure to respond to my Letter of February 2023 and the past Notice
of Default and Dishonor of Wednesday, November 9, 2022 you and your Company PECO
remains in Default by silence of Non-Response.  Therefore, the below counterclaim applies by
contract:

1. Acceptance of the law of Public Policy under HJR-192 and compliance thereof in
   consideration of the U.S. CONSTITUTION ARTICLE 1, § 10.  That PECO BILLS
   will be accepted by negotiable instruments which is also in compliance with PA
   consolidated LAW Title 13, pursuant to UCC 3-603 and 3-604.

2. That if the COUPONS/MONEY ORDERS are sent to PECO, you have agreed to
   processed it through the IRS, Technical Support Division, c/o Treasury UCC Contract
   Trust, Department of the Treasury and IRS at 1500 Pennsylvania Ave. N.W.,
   Washington, D.C. 20220

A breach of contract may result in a $100,000.00 USD lien against you and your company until
compliance is accomplished.

You have failed, or refusal by you, Robert Stefani, PECO'S CFO, on behalf of and for PECO to
provide the 'Proof(s) of Claim' as stipulated constitutes your default and dishonor and PECO
stipulates and agrees to have failed to state a claim upon which relief can be granted and PECO
has admitted fraud on the contract and/or compelling the Undersigned into an unconscionable

contract and that there was no meeting of the minds in respect to the contract as to form of payment.

Robert Stefani, PECO'S CFO has stipulated to the facts herein as they operate in favor of the Undersigned, due to ROBERT STEFANI's silence and PECO is estopped in any adverse actions or defenses and ROBERT STEFANI admits to failure or refusal to bring forth the requested 'Proof(s) of Claim' in violation of the 'clean hands doctrine,' 'full disclosure,' 'good faith dealing,' and the FAIR DEBT COLLECTIONS PRACTICES ACT, as applied to this transaction/contract/ as referenced in the above dates.

Therein, presumption has taken in regards to your refusal, failure, default, and dishonor, admission, and confession of injury and damage and failure to state a claim, that you, ROBERT STEFANI, on behalf of PECO, this 'Conditional Acceptance' becomes the agreement and said agreement becomes the bond, and you have agreed and stipulate that the undersigned can only accept for value the 'presentment' (demand for payment letter) and return it for adjustment, settlement, closure and discharge.

Due to the time sensitive nature of this private matter, under necessity, you have not responded and provided the requested 'Proof(s) of Claim' within 3 days by certified mail to the Undersigned with a certified copy to the Third Party or Notary as addressed below.

Since you failed or refuse to provide 'Proof(s) of Claim' within the time specified in this private matter, your default has established your agreement in this matter and remember, agreement/contract makes the law and law is contract. Failure to rebut this Notice in 7 days from the date of this Notice by Affidavit, you agree by silence that my claim stands as truth in commerce/

Sincerely,

Without Prejudice

Frederick Dancy

James Coppedge,
Secured Party Creditor,
Authorized Representative, Attorney-In-Fact for
JAMES COPPEDGE, DEBTOR © Ens legis/entity
UCC 1-308
c/o 52 Barkley Ct
Dover, Delaware 19904

Third Party or Notary's Address:
Benjamin T. Garrett, N.P.
251 N. DuPONT HWY
DOVER, DELAWARE 19901

VERIFICATION OF SERVICE   CASE No.: 23-2291 (BMS)

I, the undersigned, certify and affirm that under the penalty of perjury the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

**AFFIDAVIT OF SERVICE**

I, the undersigned, certify that a copy of the foregoing MOTION FOR AN AMENDMENT TO THE COMPLAINT FOR A RESTRAINING ORDER AGAINST UTILITIES  SHUT-OFFS WAS DUE TO THE RESPONDENT'S  DOUBLE BILLING ENTRIES AND FAILURE TO FOLLOW PUBLIC POLICY OF DEBT DISCHARGE, PURSUANT TO HJR-192 AS OPPOSE TO ARTICLE 1 § 10.  This Petition for Restraining Order against the City of Philadelphia's Opposing Counsels and /or Representatives for their failure to honor UCC Tender of Payment-In-Full law for each account, pursuant to Federal Rules of Civil Procedures (FRCP) Rule 60(b), House Joint Resolution (HJR) 192 of June 5, 1933, the Tax Bill (UCC 3-419) being Accepted for Value and Returned for the Assessed Value in Exchange for Settlement, closure and Discharge of this Accountings, pursuant to Public Law 73-10 (48) Statutes 112-113, to include: UCC 3-603, UCC 3-11, UCC 3-419, UCC 3-308, UCC 3-104, UCC 3-604; which **Amended Complaint**  is in consideration of the U.S. CONSTITUTION ARTICLE 1, §  10 which **shall be served upon the following parties on this 24 day of July AD 2023** in the manner indicated below:

By: US Certified Mail:   7021 0950 0000 0328 1404

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
601 MARKET STREET, 1ST FLOOR
PHILADELPHIA, PA19106-9865

By: US Certified Mail:   7021 0950 0000 0328 1411

CITY OF PHILADELPHIA, A private ENTITY
ATTN: FRANK BRESLIN, CFO, et al
CHIEF DEBT COLLECTIONS OFFICER
WATER REVENUE BUREAU
CITY HALL, ROOM 215
1400 JFK BOULEVARD
PHILADELPHIA, PA. 19107
Phone: 215.685.6300

1

By: US Certified Mail: 9589 0710 5270 0863 8656 07

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
ATTN: SAM SCAUVZZO, ESQ.
LAW DEPARTMENT
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

By: US Certified Mail: 7021 0950 0000 0327 91517

PHILADELPHIA GAS WORKS
ATTN: GRACIDA CHRISTLIEB, ESQ.
800 WEST MONTGOMERY AVENUE
PHILADELPHIA, PA 19122

By: US Certified Mail: 7021 0950 0000 0328 0216

PECO CFO: LYNN R. ZACK, ESQ
2301 MARKET STREET
PHILADELPHIA, PA 19101-3778

Without prejudice,

By: James Coppedge, sui juris
Prosona Sui Juris Sponte,
**Without prejudice,**
 **UCC 1-207.4/ 1-308, 3-419,**
 **UCC 3-11,**
 **UCC 3-104, UCC 3-308,**
 **UCC  3-603**
 **All Rights are Explicitly Reserved.**
  **Non Pro Tunc**
  **Authorized Representative**
**Surety and Trustee**
  **for the Principle**
  **Attorney-In-Fact,**
   **c/o 52 Barkley Court**
   **Dover, Delaware, near [19904]**

2

# ATTACHMENT  2

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| James Coppedge, sui juris | | Case No.: 23-2291 |
| Authorized Representative of | § | |
| JAMES COPPEDGE, DEBTOR ©Ens legis | | |
| c/o 3742 N. 18th Street | | Date: 04/14/2022 |
| Philadelphia, Pennsylvania 19140 | | |
| Re: Acct# 0755172653 | § | |
| Plaintiff | | Date: 07/19/2023 |
| PGW | | |
| ATTN: GRACIELA CHRISTLIEB, ESQUIRE | | |
| PHILADELPHIA GAS WORKS | | |
| 800 WEST MONTGOMERY AVENUE | § | Date: 07/26/2023 |
| PHILADELPHIA, PA 19122 | | |
| RESPONDENT | | |

## NOTICE OF UNLAWFUL GAS SHUT-OFF

To the Clerk of Court:

Peace!

Enclose you will find documents that show payments by private negotiable instruments,

pursuant to HJR-192 in consideration of the U.S. Constitution Article 1 § 10.  PGW is charging

my account under Article 1 § 10 as oppose to HJR-192.  I have written to the Attorney above

and the CFO, Joseph Golden, Jr.   In spite of private payments, today my Gas was wrongfully

Shut-Off at 3742 N. 18th Street, Philadelphia, PA 19140. Account # 75517653. According to HJR-

192, my understanding is that this is a pre-paid account.  Other tenants live there too.


Please review the records and please ORDER the Gas back on! BONDS will follow in 3 days.


Thank you!

2

Without prejudice,

_____

.   **By:  James Coppedge, sui juris**
Prosona Sui Juris Sponte,
**Without prejudice,**
 **UCC 1-207.4/ 1-308, 3-419,**
 **UCC 3-11,**
 **UCC 3-104, UCC 3-308,**
 **UCC  3-603**
 **All Rights are Explicitly Reserved.**
 **Non Pro Tunc**
 **Authorized Representative**
**Surety and Trustee**
 **for the Principle**
 **Attorney-In-Fact,**
 **c/o 52 Barkley Court**
 **Dover, Delaware, near [19904]**

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
**James Coppedge**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐
**DEPARTMENT OF THE TREASUREY**
**FINANCIAL MANAGMENT SERVICES**
**P.O. BOX 1686**
**BIRMINGHAM, AL 35201-1686**
⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 08:49 PM 02/02/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0881228
Service Request No: 20210312096

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>**2009 0491016** | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: AND Check one of these three boxes to:
☐ This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME<br>**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGMENT SERVICES** | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 7c. MAILING ADDRESS<br>**P.O. BOX 1686** | CITY<br>**BIRMINGHAM** | STATE **AL** POSTAL CODE **35201-1686** | COUNTRY<br>**USA** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:

This is an actural constructive notice of a"partial release" to the DEPARTMENT OF THE TREASURY from an assignment of Financial Statement: 2009 0491016 of the sum certian Amount of : $10,690.01 (Ten Thousand, Six Hundred Ninety-Dollars and One Cent) to be Deposited as an asset to the DEPARTMENT OF THE TREASURY and Pay to the Order of : The United States Treasury and the same Charged to the PHILADELPHIA GAS WORKS, Account Number: 0755172653, Addressed to 3742 N. 18th Street, PHILADELPHIA, PA 19140 on behalf of JAMES COPPEDGE, DEBTOR Dated FEBRUARY 17, 2021. This is a Government obligation, pursuant to HJR-192 of June 5, 19333. UCC 3-603, 1-103, 1-308.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME<br>**Coppedge** | FIRST PERSONAL NAME<br>**James** | ADDITIONAL NAME(S)/INITIAL(S)<br>**(NMI)** | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)

PHILADELPHIA GAS WORKS

Gas Leak Emergencies: 215-235-1212
Billing & General Information (English & Espanol): 215-235-1000
Access Your Account Online: www.pgworks.com

Page: 1 of 4
Billing Date: Jan 22, 2021
Account Number: 0755172653

## MONTHLY STATEMENT

From Dec 17, 2020 thru Jan 20, 2021 (34 Days)

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA 19140-3533

Energy Usage Information

### Billing Summary

| | |
|---|---|
| Past Due Amount | $9,786.23 |
| Current Charges | $843.87 |
| Adjustments | $59.91 |
| **Total Amount Due By Feb 17, 2021** | **$10,690.01** |

- Average daily temperature 37.8 °F.
- Your average daily cost is $24.82 compared to $17.19 last year.
- For the last 12 months:
  - Your total usage is 2159 Ccf.
  - Your average monthly usage is 179.92 Ccf.

From our PGW family to yours, have a safe and healthy new year. This time of year can be hard on families. If you or someone you know is struggling to make ends meet or needs assistance with their gas bill, PGW has programs that can help. Visit us at PGWorks.com or call 215-235-1000. We're here to help.

What's that smell? Natural gas has an unpleasant, rotten egg-like odor. If you think you smell gas, or have a gas emergency, call PGW's emergency hotline at 215-235-1212. We're available 24/7/365 and respond to all calls. Follow us @MyPGW on Facebook, Twitter and Instagram for more safety tips!

MaskUpPHL: Leaving home? Don't forget your mask! Stay safe, Philly. More tips at phila.gov/covid

---

Questions or Complaints about your bill? Please call us before the due date at 215-235-1000, or write to: PGW P.O. Box 3500, Phila., PA 19122-0050

Please return this portion with your payment.
Write your account number on your check or money order made payable to Philadelphia Gas Works

| | |
|---|---|
| Account Number: | 0755172653 |
| Due Date: | Feb 17, 2021 |
| Please Pay: | $10,690.01 |

PGW

Place "X" in box for address corrections. Print corrections on reverse side

Amount Enclosed:

015749 000014039

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA 19140-3533

Philadelphia Gas Works
P.O. Box 11700
Newark, NJ 07101-4700

00075517265380000000010690011

_B_20210121200000.dat-51497-000014039

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**James Coppedge**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**DEPARTMENT OF THE TREASUREY**
**FINANCIAL MANAGMENT SERVICES**
**P.O. BOX 1686**
**BIRMINGHAM, AL 35201-1686**

Delaware Department of State
U.C.C. Filing Section
Filed: 08:49 PM 02/02/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0881228
Service Request No:  20210312096

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| **2009 0491016** | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:          **AND**          Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGMENT SERVICES** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral
Indicate collateral:

This is an actural constructive notice of  a"partial release" to the DEPARTMENT OF THE TREASURY from an assignment of Financial Statement: 2009 0491016 of the sum certian Amount of : $10,690.01 (Ten Thousand, Six Hundred Ninety-Dollars and One Cent) to be Deposited as an asset to the DEPARTMENT OF THE TREASURY and Pay to the Order of : The United States Treasury and the same Charged to the PHILADELPHIA GAS WORKS, Account Number: 0755172653, Addressed to 3742 N. 18th Street, PHILADELPHIA, PA 19140 on behalf of JAMES COPPEDGE, DEBTOR Dated FEBRUARY 17, 2021.  This is a Government obligation, pursuant to HJR-192 of June 5, 19333. UCC 3-603, 1-103, 1-308.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Coppedge** | **James** | **(NMI)** | |

10. OPTIONAL FILER REFERENCE DATA:

VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Affidavit of Truth: A Complaint: Notice PGW'S Double Billing Entry was served upon the following party in the manner indicated below with active case number: 0755171653. PAYMENT WAS ENCLOSED. Date: 04/15/2023 Date: 06/20/2023: Affidavit of Truth, Bill Statement: Money Order,(AFV),` 1040-V, $9,601.39, UCC 3 – $10,690.01, & $2,000.00: PAID-IN-FULL

By: Certified Mail: 7021 0950 0000 0327 2317

PGW
JOSEPH GOLDEN, JR EVP & CFO
PO BOX 11700
NEWARK, NJ 017101 4700

By: Regular Mail:

PHILADELPHIA GAS WORKS
PO BOX 11700
NEWARK, NJ 07101-4700

By US Regular Mail:

PGW
GRACELA CHRISTLEB, ESQ.
800 WEST MONTGOMERY AVE
PHILA., PA 19122

Without prejudice,

By:  James Coppedge,
    Prosona Sui Juris Sponte,
    Without prejudice,
    UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
    Non Pro Tunc
    Authorized Representative
      Surety and Trustee for the Principle
        Attorney-In-Fact,
          c/o 52 Barkley Court
          Dover, Delaware, Republic
          near [19904]

VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Affidavit of Truth: A Complaint: Notice PGW'S Double Billing Entry was served upon the following party in the manner indicated below with active case number: 0755171653. PAYMENT WAS ENCLOSED. Date: 04/15/2023 Date: 06/20/2023: Affidavit of Truth, Bill Statement: Money Order,(AFV),ˋ 1040-V, $9,601.39, UCC 3 – $10,690.01, & $2,000.00: PAID-IN-FULL

By: Certified Mail: 7021 0950 0000 0327 2317

PGW
JOSEPH GOLDEN, JR EVPˢ & CFO
PO BOX 11700
NEWARK, NJ 017101 4700

By: Regular Mail:

PHILADELPHIA GAS WORKS
PO BOX 11700
NEWARK, NJ 07101-4700

By US Regular Mail:

PGW
GRACELA CHRISTLEB, ESQ.
800 WEST MONTGOMERY AVE
PHILA., PA 19122

Without/prejudice, ·

_____

By: James Coppedge,
Prosona Sui Juris Sponte,
Without prejudice,
UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
Non Pro Tunc
Authorized Representative
Surety and Trustee for the Principle
Attorney-In-Fact,
c/o 52 Barkley Court
Dover, Delaware, Republic
near [19904]

2



**PHILADELPHIA GAS WORKS**
**GAS LEAK EMERGENCIES: (215) 235-1212**

 Access Your Account Online www.pgworks.com

 Billing & General Information **(215) 235-1000** *(English & Español)*

## ENERGY USAGE SNAPSHOT



**Hello James Coppedge,**
3742 N 18TH ST, PHILA PA 19140-3533
**Account Number: 0755172653**



| Billing Date | MAY 18, 2023 |
|---|---|
| Service From | 04/17/2023 - 05/16/2023 |
| Past Due | $9,406.43 |
| Current Charges | $64.14 |
| Adjustments | $130.82 |

| Average Daily Cost | Average Daily Temperature |
|---|---|
| $2.21 | 59° Current Month | *Compared to 59° prior year* |
| Current Month | Usage Over Last Year |
| *Compared to $2.89 prior year* | 132 Ccf* Monthly Average | 1588 Ccf Total |
| | 1 CCF = approx. 1 hour of heat |
| | *See terms on pg. 2 |

*Handwritten:* Private Exempt From Levy

*Handwritten:* ACCEPTED FOR VALUE
AND Returned for Value
Date 2-03-23 EXEMPTION EP17617411
DEPOSIT to the U.S. TREASURY
And charge the same to Acct #
0755172653 BY James Coppedge
countergid Representative
Date: 06-03-23
EIN 210342201
E817617

### MESSAGE CENTER

**Save Money, Save Energy.** Let PGW help you conserve more of your energy and money! Check out rebates, incentives and more at **PGWorks.com/EnergySense**

**Get To Know Philly's Neighborhood Energy Centers (NEC).** NECs offer customers in-person, one-on-one energy assistance. Visit PGWorks.com for locations.

Do you or someone you know need assistance affording natural gas service? **We're here to help. Call us at 215-235-1000 or visit PGWorks.com/HELP**

Pay By Phone (215) 235-1000 *(English & Español)*

$ Pay With Cash (See Back For Details)

*a convenience fee of $2.95 will be applied*

*Handwritten:* MONEY ORDER

Please return this portion with your payment.
Write your account number on your check or
money order made payable to Philadelphia Gas Works.

*Handwritten:* PAY to the United States Treasury
Nine thousand Six Hundred one Dollar and 39/100
And Charge the Same to Acct# 0755-172653

| Please Pay | Due By |
|---|---|
| **$9,601.39** | **06/13/2023** |

Account Number: 0755172653

$ [ ] 9 6 0 1 39

Thank you

016296 000014098

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA 19140-3533

*Handwritten:* BY James Coppedge
**Philadelphia Gas Works** authorized Representative
P.O. Box 11700
Newark, NJ 07101-4700
EIN 210342201
E817617746 Date 06-03-202

0007551726538000000009601391



James Coppedge, sui juris
Authorized Representative of
JAMES COPPEDGE, DEBTOR ©Ens legis
c/o 3742 N. 18th Street                                                    Date: 04/14/2022
Philadelphia, Pennsylvania 19140
Re: Acct# 0755172653
           Plaintiff

PGW
ATTN: GRACIELA CHRISTLIEB, ESQUIRE
PHILADELPHIA GAS WORKS                                           $0\,6/2\,0/2\,3$
800 WEST MONTGOMERY AVENUE
PHILADELPHIA, PA 19122
           RESPONDENT

NOTICE OF COMPLAINT TO THE IRS
Opportunity to Cure Fault-04-14-22
NOTICE OF DEFAULT AND DISHONOR-06-20-23

TO: PGW:
&
Dear Graciela Christlieb, Esq.

      I am in receipt of and conditionally accept for value (honor) your letter in reference to PGW
ACCT: No.: 0755172653, Located at 3742 N. 18th Street, Philadelphia, PA 19140; "PGW's Denial of
Payment of Debt, Dated: 04/08/2022, a pre-paid account, which denial is a violation of Public Policy,
pursuant to HJR-192 in consideration of U.S. CONSTITUTION ARTICLE 1, §10. As one of the lawful
Representative of PGW, you personally are in violation of Public Policy and law; namely, P.L. 73-
10(48)Stat 112-113; 27 CFR §72.11 and others.

   A copy of your letter/document "PGW'S DENIAL OF PAYMENT OF DEBT " was enclosed.

      This Notice of Default and Dishonor is in reference to 6/13/2023, a COPY is enclosed. This debt
was processed through the IRS and is Paid In Full. In fact it is overpaid and should be credited to the next
billing. {See attachment}. Enclosed you will also find TWO  UCC 3s that also discharged the debt
pursuant to HJR-192 of June 5, 1933 in consideration of the US CONT. ART. 1, SEC. 10.

      If you dispute this claim in part or in whole you must rebut it 3 days excluding the day of receipt
or be subject to a penalty of 5Million USD for double book entries. {Please see P.L. 73-10 (48) STAT 112-
113.} Please also respond to the attached Opportunity to Cure the Fault. Please notify me in 3 days,
EXCLUDING THE DAY OF RECEIPT rather the SHUT IS CANCELLED.

Without prejudce,

] By: James Coppedge,
Prosona Sui Juris Sponte,
Without prejudice,
UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
Non Pro Tunc
Authorized Representative
Surety and Trustee for the Principle
Attorney-In-Fact,
c/o 52 Barkley Court
Dover, Delaware, Republic 19904

1

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
FRESENO, CA 93888

James Coppedge, sui juris
Authorized Representative of
JAMES COPPEDGE, DEBTOR ©Ens legis
c/o 3742 N. 18th Street                                                    Date: 04/14/2022
Philadelphia, Pennsylvania 19140
Re: Acct# 0755172653
            Plaintiff

PGW
ATTN: GRACIELA CHRISTLIEB, ESQUIRE
PHILADELPHIA GAS WORKS
800 WEST MONTGOMERY AVENUE
PHILADELPHIA, PA 19122
            RESPONDENT

NOTICE OF COMPLAINT TO THE IRS
Opportunity to Cure Fault

Dear Graciela  Christlieb, Esq.

        I am in receipt of and conditionally accept for value (honor) your letter in reference to PGW
ACCT: No.: 0755172653, Located at 3742 N. 18th Street, Philadelphia, PA 19140: "PGW's Denial of
Payment of Debt, Dated: 04/08/2022, a pre-paid account, which denial is a violation of Public Policy,
pursuant to HJR-192 in consideration of U.S. CONSTITUTION ARTICLE 1, §10. As one of the lawful
Representative of PGW, you personally are in violation of Public Policy and law; namely, P.L. 73-
10(48)Stat 112-113; 27 CFR §72.11 and others.

    A copy of your letter/document "PGW'S DENIAL OF PAYMENT OF DEBT " is enclosed.

        It has come to my attention that as applied to the above matter, that there may not have been a
'meeting of the minds,' that if there may be fraud on the contract and/or the contract itself in reference
to the U.S. BANKRUPTCY OF 1933 or about HJR-192, etc. if there may be an unconscionable contract, or
other controversies that may exist within this contract/transaction between the U.S GOVERNMENT and
the People, that you know of and I do not, please provide your personal delegation of authority which
allows you to supersede this Presidential  Executive Order. It appears that you have either miss read the
documents or misunderstood its contents and purpose.  Let be clear.  The DEPARTMENT OF THE
TREASURY which has the GOLD "paid the debt/discharged it." I am only required to use my "exemption"
to satisfy the account. That was done. In fact, since you have unlawfully removed the credit from the
account, PGW owes me a refund which may be settled in Federal Court, if the not the IRS. Please re-read
the MEMORANDUM OF LAW to see how much the COUNTERCLAIM might be.

        As I want to resolve this matter as soon as possible, I am initiating this private-administrative
remedy to determine such matters and I agree to continue making payments per the 'contract,' but on
condition that you provide 'Proof(s) of Claim.' (Note: Proofs of Claim also means Proof of Facts).

        The necessary 'Proof(s) of Claim' are set out below, to wit:

1

1. PROOF OF CLAIM that PGW gave FULL DISCLOSURE to all matters dealing with said contract as to the US Bankruptcy, form of payment, what was loaned, etc.

2. PROOF OF CLAIM that the Agent, Graciela Christlieb, Esquire, and Craig E. White, President and CFO of PGW allowing the sending of the undersigned "PGW'S DENIAL OF PAYMENT OF DEBT " letter via the US Mail, does not constitute a mailing a fraudulent claim, and/or committing mail fraud (Title 13, Sec 1331 USC).

3. PROOF OF CLAIM that PGW as an 'artificial entity/creature,' created under the laws of the State of **Pennsylvania** and doing business in the State of **Pennsylvania**, by and through it's Officers, Board of Directors and employees, and agents are not bound to support Article I, § X, as a 'State created entity,' in that "No State shall... make any Thing but gold and silver coin as Legal Tender in Payment of Debts."

4. PROOF OF CLAIM that per the **"PGW'S DENIAL OF PAYMENT OF DEBT"** that the payment expected *is in the nature of* Valuable Consideration and called 'constitutional money of account' and said 'demand for double payment' is in compliance with Title 31 UNTED STATES CODE § 371 and 12 U.S.C. § 152.

5. PROOF OF CLAIM that PGW inquired or knew that the undersigned has access to 'lawful money of account' to 'pay' the contract debt(s) at law without becoming a tort feasor.

6. PROOF OF CLAIM that the use of a (federal reserve) 'Note', or instruments certifying conveyance of Federal Reserve Notes, *is not only* a promise to pay.  See Fidelity savings v Grimes, 131 P2d 894.

7. PROOF OF CLAIM that Legal Tender (federal reserve) Notes, or instruments certifying conveyance of Federal Reserve Notes, *are* good and lawful money of the United States. See Rains v State, 226 S.W. 189.

8. PROOF OF CLAIM that Federal Reserve Notes, or instruments certifying conveyance of Federal Reserve Notes, *are not* valueless. See IRS Codes Section 1.1001-1 (4657) C.C.H. (Note; Federal reserve Bank says "Federal Reserve Notes.. "...have no value.")

9. PROOF OF CLAIM that (federal Reserve) Notes, or instruments indicating a conveyance of Federal Reserve Notes, *do* operate as payment in the absence of an agreement that they shall constitute payment.' See Blachshear Mfg. Co. v Harrell, 12 S.E. 2d 766.

10. PROOF OF CLAIM that the undersigned had a 'meeting of the mind(s)' with PGW pursuant to the contract/agreement in respect to full disclosure and that said contract contained or contains no elements of fraud by PGW.

11. PROOF OF CLAIM that PGW did not, in respect to their contract/agreement was not made

2

beyond the scope of its corporate powers and the contract is not unlawful and void. (see for reference <u>McCormick v Market Natl. Bank</u>, 165 Us 538)

12.   PROOF OF CLAIM that the Negotiable Instruments Law was not designed to cover **commercial paper,** [which] **IS the currency**.   <u>La. Stat. Ann. -R.S.</u>, 71 et seq. LSA-C.C. , Art. 2139, HJR-192 of June 5, 1933 and Public Law 73-10 (48) Stat 112-113 also (see Affidavit of Walker Todd, Esq. on line, a Federal Reserve Attorney).

13.   PROOF OF CLAIM of what PGW loaned to the Undersigned via the contract/agreement.

14.   PROOF OF CLAIM that PGW did not loan their 'credit' and if PGW only loaned its 'credit',   is it true that the undersigned IS ONLY OBLIGATED to pay back in something other than 'like kind,' i.e., the Undersigned's credit.

15.   PROOF OF CLAIM that the U.S. Bankruptcy <u>did not</u> impair the obligations and

considerations of contracts through the "Joint Resolution To Suspend The Gold  Standard

and Abrogate the Gold Clause,"- June 5, 1933 as it may operate within the State of

Pennsylvania/STATE OF PENNSYLVANIA and the above contract/agreement/account number.

16.   PROOF OF CLAIM that the undersigned cannot accept for value any public or private presentment/invoice/Bill, etc., for fine, fee, tax, debt or judgment and discharge the same and return it for discharge or other commercial paper under necessity  pursuant to HJR-192 to carry on commerce.

17.   PROOF OF CLAIM that PGW by and through its employees, knew or did not know, that this transaction was beyond the scope of its Charter and that PGW and did not intend to bind the undersigned to an unconscionable contract.

18.   PROOF OF CLAIM that your **"PGW'S DENIAL OF PAYMENT OF DEBT"** letter does not therefore constitute an attempt by PGW at unjust enrichment.

19.   PROOF OF CLAIM that undersigned, as the authorized representative of the Debtor does not have the **standing or capacity** to accept for value the offer/contract/presentment and return it for discharge or via the use of other appropriate commercial paper for discharge via the remedy provided by Congress – HJR-192 of June 5, 1933.

3

## CAVEAT

Failure, or refusal by you, Garciela Christlieb, Esquire, on behalf of and for PGW to provide the above 'Proof(s) of Claim' will constitute your default and dishonor and PGW stipulates and agrees to have failed to state a claim upon which relief can be granted and PGW will have admitted fraud on the contract and/or compelling the Undersigned into an unconscionable contract and that there was no meeting of the minds in respect to the contract as to form of payment.

Garciela Christlieb, Esquire will have stipulated to the facts herein as they operate in favor of the Undersigned, due to Garciela Christlieb, Esquire's silence and PGW is estopped in any adverse actions or defenses and Garciela Christlieb, Esquire admits to failure or refusal to bring forth the requested 'Proof(s) of Claim' in violation of the 'clean hands doctrine,' 'full disclosure,' 'good faith dealing,' and the FAIR DEBT COLLECTIONS PRACTICES ACT, as applied to this transaction/contract/ as referenced above.

Therein, presumption will be taken in regards to your refusal, failure, default, and dishonor, admission, and confession of injury and damage and failure to state a claim, that you, Garciela Christlieb, Esquire, on behalf of PGW, this 'Conditional Acceptance' becomes the agreement and said agreement becomes the bond, and you agree and stipulate that the undersigned can only accept  for value the 'presentment' or "your demand for  unlawful double payment" and return it for adjustment, settlement, closure and discharge.

Due to the time sensitive nature of this private matter, under necessity, you are to respond and provide the requested 'Proof(s) of Claim' within 30 days by certified mail to the Undersigned with a certified copy to the Third Party or Notary as addressed below.

Should you fail or refuse to provide 'Proof(s) of Claim' within the time specified in this private matter, your default will established your agreement in this matter and remember, agreement/contract makes the law and law is contract.

Sincerely,

Without Prejudice

James Coppedge, J.D., sui juris, Secured Party Creditor,
Authorized Representative, Attorney-In-Fact for
JAMES COPPEDGE, DEBTOR, © Ens legis/entity
Without prejudice or Recourse
All rights are explicitly reserved.
c/o 52 Barkley Court
Dover, Delaware 19904

See Attachments.

Third Party or Notary's Address:
Notary Public Witness:
Benjamin T. Garrett, N.P.
251 N. DuPont Hwy
Dover, Delaware 19901



PHILADELPHIA GAS WORKS
**GAS LEAK EMERGENCIES: (215) 235-1212**

 Access Your Account Online www.pgworks.com

 Billing & General Information **(215) 235-1000** *(English & Espanol)*



## Hello James Coppedge,

3742 N 18TH ST, PHILA PA 19140-3533
**Account Number: 0755172653**

| Please Pay | **$9,601.39** |
| Due By | **06/13/2023** |

Billing Date — MAY 18, 2023
Service From — 04/17/2023 - 05/16/2023

Past Due — $9,406 43
Current Charges — $64.14
Adjustments — $130.82



CCF chart: DEC JAN FEB MAR APR MAY
■ Prior Year  ■ Actual  Estimated

Average
Daily Cost
$2 21
Current Month
Compared to
$2 89 prior year

Average Daily Temperature
59° Current Month | *Compared to 59° prior year*

Usage Over Last Year
132 Ccf* Monthly Average | *1588 Ccf Total*
1 CCF = approx. 1 hour of heat
*See terms on pg. 2*

*PRIVATE EXEMPT FROM*

**Save Money, Save Energy.** Let PGW help you conserve more of your energy and money! Check out rebates, incentives and more at PGWorks.com/EnergySense

**Get To Know Philly's Neighborhood Energy Centers (NEC).** NECs offer customers in-person, one-on-one energy assistance. Visit PGWorks.com for locations

**Do you or someone you know need assistance affording natural gas service?** We're here to help. Call us at 215-235-1000 or visit PGWorks.com/HELP

*[handwritten:]* ACCEPTED FOR VALUE
AND Returned for Value EXEMPTION EB1761741
Date 21-05-23 EXEMPT to THE U.S.TREASURY
DEPOSIT to THE SAME to ACCT #
AND charge the same to Acct # 0755172653
BY [signature] authorized representative
Dat. 06-03-23
E IN 2 16 34 2 261
E817161

📠 Pay Online

📱 Pay By Phone *(English & Espanol)*
*a convenience fee of $2 95 will be applied*

💲 Pay With Cash *(See Back For Details)*

Please return this portion with your payment.
Write your account number on your check or
money order made payable to Philadelphia Gas Works.

*[handwritten:] MONEY ORDER*

| **Please Pay** | **Due By** |
| $9,601.39 | 06/13/2023 |

*[handwritten:]* PAY to the United StatesTReasuRY
Nine thousand, Six hundred one Dollar and 39/100
and Charge the Same to Acct # 0755-172653

016296 000014098
|||||||||||||||||||||||||||||||||||||||||||||||

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA 19140-3533

**Account Number:** 0755172653
| 9 | 6 0 1 | 3 9 |

|||||||||||||||||||||||||||||||||||||||
BY [signature]
**Philadelphia Gas Works**
P.O. Box 11700 *authorized representative*
**Newark, NJ 07101-4700**
E. IN 216 342 261
E81761746 Dat. 06-03-262.

0007551726538000000009601391

ACCEPTED FOR VALUE
EXEMPT FROM LEVY
EXEMPTION# E81761746/EIN21034.2201
DEPOSIT TO THE UNITED STATES TREASURY
WD CHARGE THE SAME TO ACCT. NO.:
0755172653
JAMES COPPEDGE
RETURN FOR SETTLEMENT & DISCHARGE/
SET-OFF.
captured Authorized Agent
picture
Without Recourse                Date: 06/03/2023

---

Form **1040-V**

**Payment Voucher**

OMB No. 1545-0074

**2022**

Do not staple or attach this voucher to your payment or return.

Go to www.irs.gov/Payments for payment options and information.

For Paperwork Reduction Act Notice, see your tax return instructions.

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" |
|---|---|---|
| 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 | | $9,601.39 |

4 Your first name and middle initial   JAMES

Last name   COPPEDGE

Home address (number and street)   3742 N. 18th Street

City   PHILADELPHIA   State   PA   ZIP code   19140



# PGW
**PHILADELPHIA GAS WORKS**
**GAS LEAK EMERGENCIES: (215) 235-1212**

Access Your Account Online www.pgworks.com
Billing & General Information (215) 235-1000 (English & Español)

## ENERGY USAGE SNAPSHOT

**Hello James Coppedge,**
3742 N 18TH ST, PHILA PA 19140-3533
**Account Number: 0755172653**

| Billing Date | MAY 18, 2023 |
| Service From | 04/17/2023 - 05/16/2023 |
| Past Due | $9,406.43 |
| Current Charges | $64.14 |
| Adjustments | $130.82 |

| Average Daily Cost | Average Daily Temperature |
| $2.21 | 59° Current Month | Compared to 59° prior year |
| Current Month | Usage Over Last Year |
| Compared to $2.89 prior year | 132 Ccf* Monthly Average | 1588 Ccf Total |
| | 1 CCF = approx. 1 hour of heat |
| | *See terms on pg. 2 |

*Private Event From Levy*

### MESSAGE CENTER

**Save Money, Save Energy.** Let PGW help you conserve more of your energy and money! Check out rebates, incentives and more at PGWorks.com/EnergySense

**Get To Know Philly's Neighborhood Energy Centers (NEC).** NECs offer customers in-person, one-on-one energy assistance. Visit PGWorks.com for locations.

Do you or someone you know need assistance affording natural gas service? We're here to help. Call us at 215-235-1000 or visit PGWorks.com/HELP

*Accepted for value And Returned for value EP17617466*
*Date 2/5-03-23 Exemation*
*Deposit to the U.S. Treasury*
*And charge the same to acct #*
*0755172653 By James Coppedge*
*Couterged Apresentative*
*Date: 06-03-23*
*EIN 210342201*
*EP17617*

Phone (215) 235-1000 (English & Español)
Pay With Cash (See Back For Details)

*a convenience fee of $2.95 will be applied

*Money Order*

Please return this portion with your payment.
Write your account number on your check or money order made payable to Philadelphia Gas Works.

*PAY to + HE United States Treasury*
*ine thousand six hundred one Dollar and 39/100*
*and Charge the home to Acct# 0755-172653*

| Please Pay | Due By |
| **$9,601.39** | **06/13/2023** |

Account Number 0755172653

$ | | 9 | 6 | 0 | 1 | 3 | 9

Thank you

016296 000014098

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA 19140-3533

*By James Coppedge*
Philadelphia Gas Works
*authorized Representative*
P.O. Box 11700
Newark, NJ 07101-4700
*EIN 210342201*
*EP17617466*   *Date 06-03-2023*

0007551726538000000009601391

# Form 1040-V

Department of the Treasury
Internal Revenue Service

## Payment Voucher

Do not staple or attach this voucher to your payment or return.
Go to www.irs.gov/Payments for payment options and information.

OMB No. 1545-0074

2022

| 1 Your social security number (SSN) if a joint return, SSN shown first on your return) 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 | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | $9,601.39 |
|---|---|---|---|

4 Your first name and middle initial
**JAMES**

Last name
**COPPEDGE**

If a joint return, spouse's first name and middle initial

Last name

| Home address (number and street) 3742 N. 18th Street | Apt. no | City, town, or post office. If you have a foreign address, also complete spaces below. PHILADELPHIA | State PA | ZIP code 19140 |
|---|---|---|---|---|
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat No 20975C

ACCEPTED FOR VALUE

EXEMPT FROM LEVY

EXEMPTION# : E81761746/EIN210342201

DEPOSIT TO THE UNITED STATES TREASURY

AND CHARGE THE SAME TO ACCT. NO.:

0755172653

JAMES COPPEDGE

RETURN FOR SETTLEMENT & DISCHARGE/

SET-OFF

Accepted Authorized Agent

Date: 06/03/2023

Signature

Without Recourse

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ **PHILADELPHIA GAS WORKS**
 **ATTN: CFO**
 **P.O. BOX 11700**
 **NEWARK, NJ 07101-4700** ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 09:48 AM 05 26 2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083102
Service Request No: 20212101770

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ TERMINATION

3. ☑ ASSIGNMENT (full or partial)

4. ☐ CONTINUATION

5. ☐ PARTY INFORMATION CHANGE

6. ☐ CURRENT RECORD INFORMATION
6a. ORGANIZATION'S NAME

7. CHANGED OR ADDED INFORMATION
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

7b. INDIVIDUAL'S FIRST PERSONAL NAME

7c. MAILING ADDRESS
**P.O. BOX 1686**          **BIRMINGHAM**          **AL**   **35201-1686**   **USA**

8. ☐ COLLATERAL CHANGE
This is an actual constructive public notice of a partial assignment of the U.C.C. Initial Financial Statement No.: 2009 0491016, Amendment No.: 20186724377, Service Request No.: 20186900220 of the sum certain amount: 2,000.00(TWO THOUSAND DOLLARS AND ZERO CENTS) to be deposited at the Department of the Treasury and Paid to the Order of : The United States Treasury and the same charged to PHILADELPHIA GAS WORKS on behalf of JAMES COPPEDGE. Account No.: 0755172653. Address to: 3742 N. 18th Street, Philadelphia, PA 19140. Dated February 17, 2021. This is a Government obligation, pursuant to HJR-192 of June 5, 1933. Pay to the Order of PGW: $2,000.00

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9b. INDIVIDUAL'S SURNAME          FIRST NAME          (NMN)
**Coppedge**          **James**

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Gas Leak Emergencies: 215-235-1212
Billing & General Information (English)
Access Your Account Online

Page

Billing Date.
Account Number.

## MONTHLY STATEMENT

From Dec 17, 2020 thru Jan 20, 2021   34 Days

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA, 19140-3533

### Billing Summary

Past Due Amount
Current Charges
Adjustments

Total Amount Due By
Feb 17, 2021

erage daily temperature 37.6 °F
average daily cost is $24.82 compared to
last year
he last 12 months
our total usage is 2159 Ccf
average monthly usage is 79.9

From our PGW family to yours, have a safe and healthy new year. The aim of our care for all of our families if you or someone you love is struggling to make ends meet or needs assistance with their bills or programs that can help. Visit us at PGWorks.com or call 1-800-841-6060. We're here to help.

What's that smell? Natural gas has an unpleasant, rotten egg-like odor. If you think you smell gas or have a gas emergency, call PGW's emergency hotline at 215-235-1212. We're available 24/7 365 and can respond to all calls. Follow us @LR PGW on Facebook, Twitter and Instagram for more safety tips!

Please JoPHL. Leaving home? Don't forget

Questions or complaints about your bill? Please call us before the due date on a bill. Address your complaint to PGW, P.O. Box 3300, Philadelphia, PA 19122

Please return the top portion with your payment.
Write your account number on your check or money order made payable to Philadelphia Gas Works

Account Number:
Due Date:
Please Pay:

07881726
Feb 17, 20
$12,890.0

Invoice   End.

Please check this box for address corrections. Print corrections on reverse side.

15749 000014039

JAMES COPPEDGE
3742 N 18TH ST
PHILA PA 19140-3533

Philadelphia Gas Works
P.O. Box 11700
Newark NJ 07101-6700

## VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Affidavit of Truth: A Complaint: Notice PGW'S Double Billing Entry was served upon the following party in the manner indicated below with active case number: 0755171653. PAYMENT WAS ENCLOSED. Date: 04/15/2023 Date: 06/20/2023: Affidavit of Truth, Bill Statement: Money Order,(AFV),` 1040-V, $9,601.39, UCC 3 – $10,690.01, & $2,000.00: PAID-IN-FULL

By: Certified Mail: 7021 0950 0000 0327 2317

PGW
JOSEPH GOLDEN, JR EVP & CFO
PO BOX 11700
NEWARK, NJ 017101 4700

By: Regular Mail:

PHILADELPHIA GAS WORKS
PO BOX 11700
NEWARK, NJ 07101-4700

By US Regular Mail:

PGW
GRACELA CHRISTLEB, ESQ.
800 WEST MONTGOMERY AVE
PHILA., PA 19122

Without prejudice, 06/20/23

**By: James Coppedge,**
Prosona Sui Juris Sponte,
**Without prejudice,**
**UCC 1-207.4/ 1-308, 3-419**
**All Rights are Explicitly Reserved.**
**Non Pro Tunc**
**Authorized Representative**
**Surety and Trustee for the Principle**
**Attorney-In-Fact,**
c/o 52 Barkley Court
Dover, Delaware, Republic
near [19904]

2

## DOUBLE BOOKING ENTRIES

PGW /CFO

P.O. BOX 11700
Newark, NJ 07101-4700

Date:  05/06/2021 ,

Greetings _ PGW CFO _____:

  I believe the debt has been paid; please advise me whether or not you have received payment for account #: 0755172653 _____, which is Accepted and Returned for Value and that the alleged debt of $ 10,690.01 was *not* paid or settled in full by the United States Treasury, my fiduciary, within the past 45 days or longer,
**Upon Proof of Claim** of the following:

1).  Upon proof of claim that you or the third party assigned to collect the allege debt has not been assigned to defraud me of my credit, after knowing that the alleged debt had been paid, disregarding the law, pursuant to Title 18, Part I, chapter 42, Section 894, Chapter 44, Section 661, and Title 26, Section 7214, Extortion, and the National Currency Act, Section 27, 28 53, Embezzlement, Theft, UCC 3-603.

2).  Upon proof of claim that the reason you have transferred this account was not to block my credit in order to Double Book Entry the account by demanding a second payment without the U. S. Treasury's knowledge of the fraudulent action,

3).  Upon proof of claim that I am not the Surety for the Principal, and that I not the Authorized Representative of the Accounting.

  If Blocking my credit was an accident, please correct the record immediately in accordance with the Fair Debt Collection Practices Act: 15 USC SECTION 1692, Freedom of information Act 5 USCA SECTION 552, and therefore a Correction of the Credit Report because of privacy violations is a must:  Title 18 U.S.C. Sec. 1702, 1708 1341, 1343, 2510 2511, 2517.  Please Note:  Postal violations and Mail Fraud: Titles 18  & 39.

  Finally, your failure to rebut this Affidavit of Truth within 10 days will serve as your confession to the above crimes; if you do not close this account, you and your clienteles agree to a penalty of $5 million USD if you do not close and credit this accounting in addition to any criminal penalties the Law may impose.  Response by Affidavit point for point only will be accepted.

Without prejudice or Recourse
All rights explicitly reserved.

By: James Coppedge, UCC1-308
Authorized Representaitve of
JAMES COPPEDGE, DEBTOR ©
Ens legis
c/o P.O. BOX 4482
Phila., PA 19140

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
Leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**PECO Payment Processing
P.O. BOX 37632
Philadelphia, PA 19101-0629**

Delaware Department of State
U.C.C. Filing Section
Filed: 03:09 PM 09/09/2022
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2022 7576796
Service Request No: 20223487673

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2009 0491016

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7c, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:                    AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR
7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
**P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA**

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

This is an actual and contructive notice of a partial release from Financing Statement#2009 0491016 for a PECO BILL Dated August 14, 2022 for the sum certain of $9,908.26 (Nine Thousand, Nine Hundred Eight Dollars and Twenty-Six Cents.) This Bill is accepted for value and returned for value for settlement and closure of the accounting, Payable to the United States Treasury and the same charged to Account # 09902-84029, under the name of FREDERICK DANCY, 3739 N. 18TH STREET, PHILADELPHIA, PA 19140. This account is Paid-In-Full.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
**Coppedge** | **James** | **(NMI)** |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

*Private*
United States Treasury Trust Account: # EIN: 210342201. EXEMPTION#: E81761746

# MONEY ORDER   Tracking No. RR 853 530 174 US   -   MO #3023

**MARCH 30, 2023**: DATE

Pay to the Order of: PECO Energy Company _____, $11,806.51
ELEVEN THOUSAND,EIGHT HUNDRED SIX  DOLLARS AND 51/100 Cents.
Further Credit to United StatesTreasury.
Exempt From Levy:                    Autograph By: _____
                                     **James Coppedge**, Trustee
                                     Authorized Representative
                                     JAMES COPPEDGE, LEGAL ENTITY

JAMES COPPEDGE          To: **IRS Technical Support Division**
52 BARKLEY CT               **C/O The Treasury UCC Contract Trust Department of the IRS**
DOVER, DE 19904             **Department of the Treasury**
                            **1500 Pennsylvania Avenue, NW**
                            **Washington, D.C. 20220   1040-V, 1099-A Attached**

And Charge the same to
Acct#**09902-84029**

Memo: **FRB of Cleveland: Routing #   0410000l4      Account # 0463872125      3023-MO**
**1040-V and 1099-A** Attached.  **For Settlement and Discharge.  See Cover Letter.**



**D40-V**                          **Payment Voucher**                    OMB No. 1545-0074
ent of the Treasury        Do not staple or attach this voucher to your payment or return.        **2022**
Revenue Service            Go to *www.irs.gov/Payments* for payment options and information.

| Your social security number (SSN) ail a joint return, SSN shown first on your return | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | $11,806.51 |
|---|---|---|---|
| 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 | | | |

Your first name and middle initial: JAMES           Last name: COPPEDGE

a joint return, spouse's first name and middle initial

| Home address (number and street) 3739 N. 18th Street | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. PHILADELPHIA, | State PA | ZIP code 19140 |

Foreign country name      Foreign province/state/county      Foreign postal code

Cat. No. 20975C

Paperwork Reduction Act Notice, see your tax return instructions.

---



| VOID | CORRECTED |

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| JAMES COPPEDGE 3739 N. 18th Street PHILA., PA 19140 | | **2021** Form **1099-A** | Copy C For Lender |

| LENDER'S TIN xxx-xx- 2201 | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment 03/23/2023 | 2 Balance of principal outstanding $ 11,806.51 |

| BORROWER'S name DEPT. OF THE TREASURY FEDERAL RESERVE BANKING SYSTEM | | 3 | 4 Fair market value of property $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |

| Street address (including apt. no.) 1500 PENNSYLVANIA AVE  NW | | 5 Check if the borrower was personally liable for repayment of the debt ► [X] | |

City or town, state or province, country, and ZIP or foreign postal code
WASHINGTON, D.C. 20220

6 Description of property
PECO ELECTRIC BILL #09929-84029



**PECO**

An Exelon Company
Page 1 of 3

Name:              **FREDERICK DANCY**
**Account Number: 09902-84029**
Phone Number:      215-740-3589
Service Address:   3739 N 18th St, Philadelphia

**Emergency and Repair**

**800-841-4141**

This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.

**Billing Summary**

| | |
|---|---|
| Bill Date | 07/22/2022 |
| Thank you for your payment of $435.00 on 07/07/2022 | |
| Budget bill charges from previous bill | $121.76 |
| Budget bill charges from previous bill | $364.00 |
| Budget bill charges from previous bill | $364.00 |
| Budget bill charges from previous bill | $364.00 |
| Budget bill charges from previous bill | $364.00 |
| Budget bill charges from previous bill | $513.00 |
| Budget bill charges from previous bill | $513.00 |
| Budget bill charges from previous bill | $513.00 |
| Budget bill charges from previous bill | $513.00 |
| Budget bill charges from previous bill | $435.00 |
| Budget bill charges from previous bill | $435.00 |
| Budget bill charges from previous bill | $435.00 |
| Budget bill charges from previous bill | $435.00 |
| Budget bill charges from previous bill | $407.00 |
| Budget bill charges from previous bill | $407.00 |
| Budget bill charges from previous bill | $407.00 |
| Budget bill charges from previous bill | $407.00 |
| Budget bill charges from previous bill | $434.00 |
| Budget bill charges from previous bill | $434.00 |
| Budget bill charges from previous bill | $434.00 |
| Budget bill charges from previous bill | $434.00 |
| Reconnect charge | $20.00 |
| Late payment charge | $286.50 |
| **Total Other Charges** | **$9,040.26** |

PECO ELECTRIC
DELIVERY

PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

ELECTRIC
$264.25

$264.25

*(handwritten annotations across the image, including:)* "otice: If there are any unknown liens to be named and discharged as follows:", "Accepted for Value and Returned for Discharge", "Private/EXEMPT FROM LEVY", "Date:", "Money Order", "Pay to the United States treasury", "Pay Charge the same to", "And", "Address:", "Memo Account", "Authorized Rep. by:", "EIN and /or BOND #", "Authorized: HJR-192, P.L. 73-10(48)Stat 112-113, § 10. WO/P or Recourse", "US CONSTITUTION ART. 1, § 10."

Online: peco.com          In Person: 2301 Market St., Philadelphia, PA 19103          By Phone: 1-800-494-4000

Return only this portion with your check made payable to PECO. Please write your account number on your check.

**PECO**

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

2301 Market Street
Philadelphia, PA 19103-1380

This is a MONEY ORDER

**Pay Today!**
peco.com/ebill

*Go paperless receive and pay your bill online.*

*(handwritten: "Pay to the order of United States Treasury", "nine thousand Seventy-four", "By Chuze the Same to JAMES COPPEDGE")*

| | |
|---|---|
| **Account # 09902-84029** | 877-432-9384 Pay by phone, a convenience fee will apply. |
| **Please pay this amount by 08/15/2022** | **$9,474.26** |
| **Payment Amount** | $ 9,474 . 2 6 |

0017317 01 AV 0.455 **AUTO  T7 0 8842 19140-353239  -C02-B1-P17334-1123 5



**FREDERICK DANCY**
3739 N 18TH ST
PHILADELPHIA, PA 19140-3532

PECO—Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

*(handwritten: "EIN 210 342201", "E8176I746")*

ACCEPTANCE OF WEARHOUSE RECEIPT IS PAID-IN-FULL.

099028402901094742622279474261

**INFORMATION ABOUT THIS BILL**

**Basic Charges:** Charges, based on rates approved by Pennsylvania Public Utility Commission, for the energy you used plus a monthly charge maintaining your service.

**CAP (Customer Assistance Program):** Monthly credit for low-income customers. Please visit peco.com/help or call 800-774-7040 for more information.

**Payment Charges:** All bills are due and payable by the due date shown on front of the bill. The due date applies to the current charges only and does extend the due date for payment of previous charges. Past due amounts are subject to a late payment charge of 2 percent per month. (1.5 percent rates GS, POL, R, RH, and RS-2)

**Check Clearing Notification:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**Demand Information (Commercial Customers Only):** Registered Peak Demand is the maximum rate for highest half hour of energy use for each billing period. It is measured in kilowatts (kW) and averaged during a 30-minute period.

**Employee Identification:** All PECO employees and contractors carry a picture identification card. You may ask to see it. If the employee or contractor does not provide this identification, you are encouraged to contact PECO immediately at 1-800-494-4000 to report the situation. If you have any concerns for your safety, contact 9-1-1 immediately.

**Meter Reading Schedule:** Your monthly meter reading is scheduled through an automated system. Your scheduled meter reading date is shown on your bill.

**Rate Schedule:** A listing of our current rate schedules is on our website at peco.com, in our business office or by calling 1-800-494-4000. Basic charges, based on rates approved by the Pennsylvania Public Utility Commission, the energy you used plus a monthly charge for maintaining your service.

**Reading Your Meter:** Actual reading: Your meter is read each month by our trained meter reading system. Customer Reading: A reading you give us if we cannot read your meter. Estimate Reading: We cannot read your meter; we estimate your monthly charges will be based on the average temperature and past electric and gas use.

**Electric and Gas:**

**Billing Demand (kW):** The kW rate for energy usage up to a minimum and after any required adjustments such as for minimum or power factor.

**Hundred Cubic Feet:** Unit of measure for the gas you used. One-cubic foot amount of gas used to measure the gas you used.

**Kilowatt Hour (kWh):** Unit of measure for electricity. One kilowatt (kWh) energy used by a 100-watt bulb for 10 hours.

**Lumen:** Unit of measurement of the quantity of light.

**Meter Multiplier:** A multiplier is a value that is applied to your meter to convert data from the meter.

**Natural Gas Conversion Charge:** A fee for customers participating or enrolled in PECO Smart natural Gas Conversion neighborhood pilot program.

**Power Factor:** An adjustment applied for inefficient use of power. Percentage correction applied to the registered measured demand (kW) to reflect the correct billing demand.

**Price to Compare (PTC):** The price used to evaluate offers from competitive suppliers.

---

**Delivery**

**Balancing Service Charge:** Charge for fixed and variable storage costs for each Ccf of gas delivered.

**Customer Charges:** Monthly basic electric and/or gas charge covering the costs of billing, meter reading, equipment, and maintenance. Customers with multiple meters will have multiple customer charges on their bill.

**Distribution Charges:** Charges to cover the costs associated with delivering electricity and natural gas to customers.

**DSIC - Distribution System Improvement Charge:** A charge to recover the costs associated with the repair and replacement of equipment and to improve and modernize the system to deliver safe and reliable service to customers.

**Energy Efficiency Charge:** To reimburse utilities for the costs associated with energy efficiency and conservation programs as required by Pennsylvania's Act 129.

**Energy Eff & Nonbypassable Transit:** Reimburses utilities for the costs associated with the energy efficiency and conservation programs as required by Pennsylvania Act 129, and certain transmission charges. (Large Commercial and Industrial Customers only)

**Service Location Distribution Charge:** A charge to receive service at a particular Service Location, which comprise each lighting installation and must be separately connected to a delivery point on the company's secondary circuit.

**Supply**

**Administrative Charge:** Charges to reimburse utilities for the costs associated with buying electricity for customers.

**Ancillary Charge:** Charges to reimburse utilities for the cost associated with operating the system that moves energy from generating stations to PECO's system for delivery to its customers.

**Gas Cost Adjustment (GCA):** Either a credit or charge reflecting the difference between utilities projected and actual costs to purchase natural gas for customers.

**Generation Charges:** Charges to reimburse utilities for the costs to purchase electricity for customers. These charges are passed along to customers at the exact price PECO pays, with no markup. If the generation service is from an electric generation supplier, it is competitively priced and is not regulated by the Public Utility Commission.

**Natural Gas Supply charges:** charges to reimburse utilities for the costs to purchase natural gas for customers. These charges are passed along to customers at the exact price PECO pays, with no mark up.

**Peak Load Contribution:** A customer's contribution to PECO's peak load at the time of highest demand from the previous summer.

**Purchased Generation Adj.:** Either a credit or charge reflecting the difference between utilities projected and actual costs to purchase electricity for default service customers.

**Transmission Charges:** Charges to move electricity from generating stations to PECO's electric delivery system for customers not shopping for generation supply with a competitive electric generation supplier. The Federal Energy Regulatory Commission regulates transmission prices and services.

**Working Capital Charge:** Charge to compensate PECO for costs incurred during the period when service was provided to its default service customers and when payment was received.

**Taxes**

**Federal Tax Adjustment:** Either a credit or charge reflecting certain changes in federal taxes.

**Sales Tax:** Taxes imposed by the government for the sale of certain goods and services.

**State Gross Receipts Tax:** State tax on electric utilities. This is included in PECO's basic charges.

**State Tax Adjustment:** Either a credit or charge reflecting certain changes in state taxes. It may include part of the State Gross Receipts Tax.

---

### Matching Energy Assistance Fund (MEAF) Pledge Form

You can help low-income PECO customers pay their energy bills by making a donation to the Matching Energy Assistance Fund (MEAF). When you do, PECO will match your contribution, dollar for dollar – to double the amount of money donated to MEAF. It's easy to make a difference in the community, just complete this form and mail it with your payment. For questions or more information, please visit peco.com/help or call 800-403-6806.

YES, I'd like to empower local families in my neighborhood with a donation to MEAF. Please add the amount indicated to my monthly bill. *(Minimum $1)*

☐ $1   ☐ $5   ☐ $10   ☐ $_____

YES, I'd like to empower local families in my neighborhood with a one-time donation to MEAF.

$_____ One-time donation *(Payable to PECO)*

---

### Automatic Payment

If you enroll in Automatic Payment, each bill will be automatically deducted from your checking or savings account on the date it is due. You'll still receive a monthly statement, but you'll no longer have to write a check. Please continue to pay as usual until you see the bank deduction noted on your bill. To enroll online, or for questions about Automatic Payment, visit peco.com/service or call 1-800-494-4000.

| FINANCIAL INSTITUTION | |
|---|---|
| | ☐ Checking ☐ Savings |
| YOUR BANK ACCOUNT NUMBER AND BANK ROUTING NUMBER | |

✗ _____
SIGNATURE

By signing this form, I authorize PECO to instruct my bank's/savings institution to make my payments from the account listed above. I understand this authorization may be revoked by me at any time by providing PECO with notice by visiting peco.com/service, by calling 1-800-494-4000, or by written notice to discontinue my automatic payment.

(08/2021)

0 3/04/2023

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent<br>       ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>PECO<br>ATTN: LYNN R. ZACK, ESQ<br>2301 MARKET ST<br>PHILA, PA 19103-3778 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>4 4 ✓ |
| <br>9590 9402 2073 6132 0152 86 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>    Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7022 2410 0000 5064 2524 | |

The following instructions in this letter will insure the property discharge (payment) against the United States Treasury Trust Account #210342201 to obtain the full payment of this BILL which has been authorized by me as the Agent Representative and Secured Party Creditor of the above listed United States Treasury Trust Account.

NOTICE: This Letter and the Original Money Order are to be presented together to the bank for their proper understanding of their requirements.

This payment is to be accepted at banking institutions under the policy of the Federal Reserve and constitutes lawful tender. This is payment. Via the 1040-V and Money Order, as a true and recognized BILL of Exchange to release the proceeds amounts fixtures and body according to the Uniform Commercial Code 7-104(b) and UCC 1-104, as they have been adopted in the states, and are in accordance with HOUSE JOINT RESOLUTION 192 OF JUNE 5TH 1933, with these rights confirmed, without abrogation, by congressional act.

Be advised that I have processed my documentation to establish my account with the United States Treasury Department, which account is referenced by the U.S. Treasury Trust Account # 210342201. This 1040-V and Money Order is to be engaged through your Bank's Treasury Tax and Loan (TT&L) account which is exclusively administered and controlled by the Technical Support Division of the IRS. [This instrument is NOT a Treasury Security to be sent to the Bureau of Public Debt.] This instrument is to be sent to /received by:

<div align="center">

IRS Technical Support Division
c/o The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Private and Non-Negotiable between Parties

</div>

WHEREFORE, please consider the above and act accordingly.

> Without Prejudice,
> All rights are explicitly reserved.
>
> _____.
> By: James Coppedge, (J.D.) sui juris
> Secured Party Creditor
> Authorized Representative, Attorney-In-Fact
> in behalf of the DEBTOR: JAMES COPPEDGE,©
> , Ens legis, UCC 1-308, 1-103.6, 3-419
> 52 Barkley Ct
> Dover, Delaware [19904]

JAMES COPPEDGE
52 BARKLEY COURT                                          Date: 04/14/2023
DOVER, DE 19904
V.
PGW
JOSEPH GOLDEN, JR. EVP & CFO                              UCC 1- 2009 0491016
PO BOX 11700
NEWARK, NJ 07101-4700

## AFFIDAVIT OF TRUTH

I,the undersigned, do affirm that I am over the age of 21, and of sound mind and body to the best of my knowledge and understanding the following is true and correct and not misleading under penalty of perjury.

COMPLAINT
NOTICE OF PHILADELPHIA GAS WORKS DOUBLE BOOKING ENTRIES &
BILL PRESENTMENT
Private and Non-Negotiable between Parties

Dear Mr. Golden, Jr.

How are you today?

There are two parts to this letter. First:   **PART 1:**

I am in receipt of the recent BILL on or about March 13, 2023 from one of your Agents which does not bear the name of the responsible party. **This is my Second Letter.** [See Attachment with MONEY ORDER]. The Second Page of the Agent's letter does address the check from TD Bank which was mailed to PGW for the full amount towards the end of March 2023. The Check Amount was for $1800.00. If the personal check was not honored by the Bank, the Agent whoever that may be, should have returned the CHECK with comments for correction. **The CHECK was a "private side discharge, Marked, "DEPOSIT FOR CREDIT ON ACCOUNT OR EXCHANGED FOR NON-REDEEMABLE FRNS." HERE, although the PUBLIC SIDE IS CLOSED, the private side, as you may know, remains open for adjustments and set-off."[ See BLACK'S LAW DICTIONARY, Pg 34, 4th Edition dated 1951. Also see _Mandeville v. Wilson,_ 5 Cranch 15,3 L.Ed.23.]** It was not returned. To say it was a "BAD CHECK"  with a late fee, and that it was returned to the Bank is unacceptable.  It should have been returned to source. This action is viewed as an unlawful Double Book Entry which contributes to many law violations.  Some of which are named in the following paragraphs.  Please investigate and either credit the account or return the check for correction or comment.

I mailed an A4V Money Order OUT to DEPARTMENT OF THE TREASURY FOR $875.90 on or about  March 7, 2023. It takes about 45 days or longer to respond.  In the future I will times 3 the amount to cover the cost.

1

Meanwhile, I am enclosing an instrument for another overbill payment.

Please see attached Exhibits.

I believe the debt have been paid and settled in full by the MAIN BANK: THE DEPARTMENT OF THE TREASURY [See UCC § 4A-209] but in any case no credit has been applied to my accounts.

1. Your Agent has failed to comply with the FAIR DEBT COLLECTION ACT, 15 USC § 1692 and has not provided proof of claim that he or a third party assigned to collect the alleged debt has not been assigned to defraud me of my credit, after knowing that the alleged debt had been paid, disregarding the law, pursuant to Title 18, Part 1 chapter 42, Section 894, Chapter 44, Section 661: Theft of Credit and Extortion respectively. Also, what must be considered is Title 26, Section 7214, Extortion, 18 USCA § 1962 (c ), Collection of an Unlawful Debt, and Title 26, § 7214 Extortion, and the National Currency Act § 27, 28,53, Embezzlement Theft UCC 3-603.

2. Your Agent failed to provide proof of claim that the reason the Agent did not credit this account was not to block my credit  in order to Double Book Entry, but by failure to credit  the account was allowed to  demand a second or third payment without the U.S. Secretary of the Treasury's knowledge of the Agent's fraudulent action.

3. Your Agent failed to provide proof of claim that I am not the Surety for the Principal and the Authorized Representative of PGW'S Accounting.  That I am not the DEBTOR: JAMES COPPEDGE is.

If Blocking my credit was an accident, the Agent had time and opportunity to correct the matter immediately but failed to do so. My account should have been credited in accordance with the FAIR DEBT COLLECTION ACT, 15 USC  § 1692, Freedom of Information Act 5 USCA § 552,  Title 18 USC § 1702, 1708, 1341, 2510,2511, 2517. Please Note:  Postal violations and Mail Fraud: Title 18 & 39.

Finally, the Agent's failure to rebut this Affidavit of Truth within the time allowed , 3 days, excluding the day of receipt, its  failure will serve as the Agent's  confession to the above crimes because of Agent's failure to credit the account in addition to any criminal penalties the Law may impose.  There has been no response by Affidavit to dispute my claims. A response by Affidavit point for point only will be accepted. Hence, due to financial pain and suffering, distress and trespass, the Counterclaim of $500.000.00 stands as truth in commerce due to violations of HJR-192 and P.L. 73-10 (48) Stat. 112-113 in consideration of Article 1, § 10 of the U.S. CONSTITUTION.  To this you agree by silence if not rebutted as stipulated.

### PART 2

Please find the enclosed payment (**MONEY ORDER**) in the Amount **of $2,626.80 ($875.90 X 3, 3 Months)** This payment is submitted to you along with the PGW'S BILL marked "Paid-In-Full." Refusal to accept this payment will result in a violation of several different Laws listed in the rest of this notice and will be reportable to the IRS (using Form 3949-A and U.S. Treasury Department and/or a law suit in District Court for the Counterclaim.

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris
JAMES COPPEDGE, DEBTOR ⓒ Ens legis
c/o 52 BARKLEY COURT
DOVER, DELAWARE 19904
Phone# 215.913.1485

CIVIL/CRIMINAL
ACTION NO: 23-02853(BMS)

vs.
CITY OF PHILADELPHIA
Attn: James J. Zwolak, Esq.
Divisional Deputy City Solicitor
1401 J.F.K. BLVD, 5th Fl, MSB
Philadelphia, PA 19102

### MOTION

PETITION FOR RESTRAINING ORDER: A CONTEST OF DOUBLE BOOK ENTRIES
The Taxes and Liens are in Dispute. I am the Secured Party authorized to speak
and respond on behalf of JAMES COPPEDGE, DEBTOR. This is an Actural and Constructive
Notice  that the claims of debts and liens on the accounts below are not accurate.
Due to the CITY's Default of non-Response by Affidavit under penalty of perjury as
stipulated, and with no corrections, the claims of debt and lien must be voided.
All debts were settled by private negotiable instruments, persuant to Public Policy
under HJR-192. Paid-In-Full. Mr. Zwolak, Esq. is charging the alleged debts under
Article 1, Section 10 which is unlawful.

Furthermore, the undersigned Secured Party has filed a prior, superior UCC claim with
the Secretary of State, a UCC 1 Financing Statement No. : 2009 0491016. Delaware.  You are
hereby notified that the undersigned Secured Party contests the Double Book Entries with treat
of Sheriff Sale operating unlawfully under color of law and color of office.  Your action of
ignoring Public Policy and tender of payment through the Department of the Treasury is
criminal and a violation of HJR-192 and P.L. 73-10 (48) Stat 112-113 in consideration of the U.S.
Constitution Article 1, §10 in addition to the Fair Debt Collections Act and the collection of an
unlawful debt, pursuant to 18 USCA § 1962(a).

If no lawful corrections are made and if what is left is not verified as stipulated, your
silent agreement all liens and debts and you have agreed to a penalty of 5 Million USD for
Abuse of Power and misrepresentation of Motions and Briefs. Now if you dispute this claim in
part or in whole, this Petition must be rebutted in 20 days from the date of this notice. Failure
to respond as stipulated, my claim stands as truth in commerce.

PRINTED NAME: James Coppedge

Without prejudice, AR R

ADDRESS: c/o 52 Barkley Ct, Dover, DE 19904

Date: 30 June 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris  for

JAMES COPPEDGE, DEBTOR c Ens legis
c/o 52 Barkley Court
Dover, Delaware [19904]

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

CITY OF PHILADELPHIA
ATTN: James J. Zwolak, Esq. Divisional
Deputy City Solicitor
City of Philadelphia, Law Department
1401 J.F. K. BLVD., 5th Floor  MSB
Philadelphia, PA 19102

**COMPLAINT**

Jury Trial:  ☐ Yes   ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | Name | James Coppedge, Authorized Representative |
|---|---|---|
| | Street Address | c/o 52 Barkley Court |
| | County, City | Kent County |
| | State & Zip Code | Dover, Delaware [19904] |
| | Telephone Number | (215) 913-1485 |

*Rev. 10/2009*

- 1 -

B.     List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        CITY OF PHILADELPHIA
JAMES J. ZWOLAK, ESQ.
Divisional Deputy City Solicitor
City of Philadelphia, Law Department
1401 JFK BLVD, 5TH FL
Philadelphia, PA 19102

Defendant No. 2

Defendant No. 3

Defendant No. 4

II.     **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A     What is the basis for federal court jurisdiction? *(check all that apply)*
☒  Federal Questions              ☐  Diversity of Citizenship

B,    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

**pursuant to FRCP Rule 60(b)5, UCC 3-603 (b), 3-501, FRCP Rule26(a)(1)(B), HJR-192, P.L. 73-10 (48) Stat.112-113 in consideration of the U.S. CONST, ART, § 10.**

C.   If the basis for jurisdiction is Diversity of Citizenship. what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Delaware - us CiTizen__

Defendant(s) state(s) of citizenship __PHILADELPHIA__

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to you claim(s) occur? In Philadelphia, PA.

B.   What date and approximate time dis the events giving rise to your claim(s) occur?

Years: 2012..., 2019, 2020, 2022, and 2023. For more recent dates case are dated for 03/25/22, 11/19/2019, 03/06/2020, 04/14/2020.

What
happened
to you?

C.   **Facts:** For many years as you can see I have been addressing issues of debt through the Department of the Treasury. There is never a comment or rebuttal about the discharge under HJR-192.  Mr. Zwolak ignoring the law of Public Policy and unlawfully charges JAMES COPPEDGE under the unlawful Article 1 § 10 rather than HJR-192.  This is precisely why the alleged debts and unlawful liens have remained on the Books. The malicious treatment of the Secured Part has cause me much money and much grief; in addition to the loss of the two sales amounting over $100,000.00.

Who did
what?

* As for who did what? Over the past 10 years there were many Agents under Mr. Zwolak direction and Judges who participated in the Article 1 § 10 misdirection.

* To name some: James Gibson , Collections Officer, Steven Wakefield, Esq, Sam Scauvzzo, Esq. , Judge Roberts , Judge Andeas, and Judge Fox . Supersedeas Bonds valued at **$800,000.00 USD** were sent to Judge Andeas  on or about 02/17/2022 for debt tender of payments to settle and close the accounts. No credit was ever applied to the accounts and the BONDS were not returned for error or none acceptance.

Was
anyone
else
involved?

* As for who else saw what happen? My correspondence was" Private and Confidential" and not for the General Public.

Who else
saw what
happened?

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

IV.   Injuries

Due to the stress of having to deal with these unlawful issues I have been unable to sleep well. Due to the stress of the threat of losing my homes because of unlawful opponents who misdirect the real solution to a wrong pathway, I have lost Time, Energy and health over the years-too many visits to see the Doctor. This ordeal has cause me to become not alert and subject to more falls and injury at my age.

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

V.    Relief

What I want the Court to do for me is to enforce the Discovery Process, cancel the alleged debts and liens which are listed without Proof of Claim as stipulated under color of law and color of office with misdirection. Some of the properties listed are not mine; i.e., 3737 N. 18th Street, Philadelphia, PA 19140. I would like the Court to assess the damages and enforce the penalty of $500,000.00 USD as the Court may deem fair and just.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __JUNE__ _____ , 20 _23_ .

Signature of Plaintiff _____

Mailing Address ____ 52 Barkley ct

_____ DOVER, DE 19904

Telephone Number (215) 913-1485

Fax Number *(if you have one)* _____

E-mail Address Leojames52@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____ , 20 _____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

# EXHIBITS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 MARKET STREET
PHILADELPHIA, PA 19102

JAMES COPPEDGE
c/o 52 BARKLEY CT
DOVER, DELAWARE [19904]                    :          CASE No.:   23-02583   (BMS)
Re: 3742 N. 18TH STREET 19140,
3739 N. 18TH STREET  19140,          :
3637 N. 21ST STREET  19140,
2113 W. Erie Avenue 19140                  :          Date: 06/30/2023
V.

CITY OF PHILADELPHIA
JAMES J. ZWOLAK, ESQ.                      :          4 RENTAL PROPERTIES
Divisional Deputy City Solicitor
City of Philadelphia, Law Department
1401 JFK BLVD, 5TH FL
Philadelphia, PA 19102                     :

## PETITION FOR RESTRAINING ORDER WITH MOTION FOR DISCOVERY AND DEMAND TO CEASE AND DESIST COLLECTION  ACTIVITIES AND  SALE OF PROPERTY  INTERFERENCE PRIOR TO  VALIDATION OF PURPORTED  DEBTS AND LIENS, under Oath by penalty of perjury, not unsworn, pursuant to FRCP Rule 60(b)5, UCC 3-603 (b), 3-501, FRCP Rule26(a)(1)(B), HJR-192, P.L. 73-10 (48) Stat.112-113 in consideration of the U.S. CONST, ART, § 10.

1. The City/CITY is in default for failure of non-response under oath. Current bills have not been sent to me as requested because no corrections of errors were made. This case is **about Negotiable Instruments,** pursuant to Public Policy.

2. This Notice is in reference to Default [UCC 3-501 & FRCP Rule 55]of the COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, TRIAL DIVISION-CIVIL where James J. Zwolak, Esquire,

1

Divisional Deputy City Solicitor, I.D. No. 57408; City of
Philadelphia, Law Department, M.S. B., 1401 JFK BLVD, 5TH
FLOOR, Philadelphia, PA 19102. [See Exhibits]

3. This notice is in compliance with and under **15 U.S.C §§ 1601,
   1692 et Seq**. Reference:  Account Addresses for the following
   private properties only: **3742 N. 18th Street, 19140: March Term
   2020, 2023T0022: Control # 027221; 3739 N. 18th Street, 19140,
   March Term 2020, 2023T0021: Control # 027222; 3637 N. 21st
   19140, March Term 2020, 2023T0023: Control # 027223 and
   2113 W. Erie Avenue, 19140: March Term 2020, 2023T0020:
   Control # 027220. The above Cases were filed on or about
   02/25/2022.**

## Dear James J. Zwolak, Esq.:

I am in receipt of and conditionally accept for value (honor) your
Letters Entitled "Demand for Payment of Debt for Real Estate Tax,
Water/Sewer Tax, School Tax and any liens upon the accounts
unverified, pursuant to **15 U.S.C. §§ 1601, 1692 et Seq**. These unlawful
Purported Taxes and Liens may be listed under the addresses above Case
Numbers. For the record and let the record show that these alleged debts
and liens have been discharge, pursuant to Public Pre-Paid Policy [UCC
3-419] under HJR-192 of June 05, 1933 in consideration of the U.S.
Constitution Article 1 § 10.  Mr. Zwolak, as Chief of the Division for
Debt Collections is responsible for what happens and/or does not happen
under his watch.

I have a Sale Contract for Two (2) properties scheduled to close on
07/06 /2023 and 07/10/2023. Unlawful liens and the tender of payments-
in-full have not been credited to the accounts and have interfered with
the closing dates. It is unlawful to charge under Article 1, § 10.

2

It has come to my attention on 06/29/2023 that as applied to the above matter, that there may not have been a 'meeting of the minds," that there may be fraud on the alleged contract and/or the alleged contract itself may be an unconscionable contract, or other controversies that may exist within the alleged contract/transaction.

Therefore, I am initiating this private-administrative remedy [under UCC 1-103] to determine such matters and I dispute your claim that alleged debts and liens have not been discharged or satisfied to determine such matters because you have not presented any proof of claim or any correction of errors in your Complains by Affidavit under penalty of perjury per the 'alleged contract,' and without proof of claim as stipulated you must release the lien immediately on the condition that you failed to provide 'Proof of Claim/Facts that the alleged debts were not satisfied by private negotiable instruments.

Furthermore, some of the necessary 'Proof of Claim/Facts' are set out below. This is a failure of the Discovery Process and due Process: to wit

1. Proof of Claim that you or your one of your Agents in sending the undersigned the DEMAND FOR PAYMENT OF DEBT notice via the US Mail, does not constitute a mailing a fraudulent claim and /or committing mail fraud (Title 13, See 1331 USC).

2. Proof of Claim that the Negotiable Instruments Law was not designed to cover commercial paper, (which) is the currency. [See La. Stat. Ann –RS, 71et seq/;LSA-CC/. Art 2139 and see on line Affidavit of Walker Todd, Esq., a former Federal Reserve Officer).

3. Proof of Claim that the U.S. Bankruptcy did not impair the obligations and considerations of contracts through the "Join

2. Whether Mr. Zwolak is trying to make me think there is money when there isn't. The lower Courts lack both Personal and Subject Matter Jurisdiction to proceed against JAMES COPPEDGE in debt collections and to stop the Sale of Personal Property. "The CITY/City fails to state a claim upon which relief may be granted."[FRCP Rule 12(b)6(1)(2)]. The Debts and Liens must be voided:

> "A void judgment is one that has been procured by extrinsic or collateral fraud or entered by a court that did not have jurisdiction over the subject matter or the parties." [See *Rook v. Rook*, 233 VA 92, 95 353 SE2d 756, 758 (1987)].

4. Pursuant to the **Fair Debt Collection Practices Act, 15 U.S.C. §§ 1601, 1692 et seq,** this constitutes timely written notice that I decline to pay the erroneous purported debt which is unsigned and unattested, and which I hereby cancel in its entirety, without dishonor, on the grounds of breach, false representation and fraud. 15 U.S.C. § 1692(e) states that a "false, deceptive, and misleading representation or means in connection with the collection of any debt" includes the false representation of the character of legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.

5. Such Notice omits information which should have been disclosed, such as citations, disclosing that agency's jurisdictional and statutory authority. Said Notice further contains false, deceptive and misleading representations, and allegations intended to intentionally pervert the truth for the purpose of inducing one, in reliance upon such, to part with property belonging to them and to surrender certain substantive legal and statutory rights. To act upon

5

this Notice would divest one of his property and their prerogative rights, resulting in actual & legal injury.

6. You failed show proof of claim of a contract between us which we do not have. If you have it produces it or cease and desist. There is no consent and no contract.

7. Pursuant to 15 U.S.C. § 1692(g)(4) Validation of Debts, if you, PERFORMAT RECOVER INC  and your collection department have evidence to validate that I owe you the claim , presented by affidavit with 21 days of the date of this Notice.  Should any infringement of my guaranteed and secured rights occur, on your part or by any party with whom you claim any affiliation.  I will scrutinize said infringements and any injury there from pursuant to **42 USC §1983 and 18 USC §241-242** at minimum, and I will proceed accordingly.

8. This is a demand that, within 30 days, you will provide such validation and supporting evidence and competent witness to substantiate your claim. Until the requirements of the **Fair Debt Collection Practice Act** have been met and your claim is validated, you have no jurisdiction to continue that you: PERFORMATE RECOVER INC.,  and your collection department attempt to proceed and/or threaten an unlawful collection  process, **I demand to cease and desist all unlawful activities**.

9. This is constructive notice that, absent the validation of your claim within 30 days, **you must cease and desist any and all collection activity and are prohibited from contacting me**, through Telephone, you are further prohibited from contacting my employer, my bank or any other third party associated with me, directly or indirectly. Each and every attempted contact, in violation of this Act, will constitute harassment, defamation of character, and slander of credit reputation and will subject you:  a

6

COUNTER CLAIM OF 5 Million USD, in response to P.L. 73-10 (48) Stat. 112-113 ,and your collection agency and /or board, to a liability for actual damages, as well as statutory damages of up to $500,000.00 for each and every violation, but not limited to **Title. 42. Art. 1983**.

10.  Further, absent such validation of your claim you are prohibited from interference of Property Sale or filing any notice of lien and/or levy and are also barred from reporting any derogatory credit information to any Credit Reporting Agency, regarding this disputed purported debts and barred against the Public Record, pending Debt and Lien Validation as stipulated.

**I, hereby, attest that, to the best of my knowledge and belief the above information is true and correct.**

**Without prejudice,**

06/30/2023

**By: James Coppedge**
**All rights are reserved;**
**Without prejudice**
**Pursuant to UCC 1-207.4/**
**1-308/1-103.6/3-419.**
**c/o 52 Barkley Ct**
**Dover, Delaware 19904**

**Notary Witness:**
**Benjamin T. Garrett, N.P.**
**251 N. DUPONT HWY**
**DOVER, DE 19901**

VERIFICATION

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing PETITION FOR RESTRAINING ORDER: A CONTEST OF DOUBLE BOOK ENTRIES AGAINST THE CITY OF PHILA. DEPART. OF REVENUE: James J. Zwolak, Esq. Divisional Deputy City Solicitor for the CITY OF PHILADELPHIA was served on this  30 day of JUNE  AD 2023 upon the following parties in the manner indicated below:

By U.S. Mail Pre-paid:

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**601 MARKET STREET**
**PHILADELPHIA, PA 19102**

By U.S. Mail Pre-paid:        Certified Mail # 7021   0950 0000 0328 1398  Dated: 07/24/2023

CITY OF PHILADELPHIA
JAMES J. ZWOLAK, ESQ.
Divisional Deputy City Solicitor
City of Philadelphia, Law Department
1401 JFK BLVD, 5TH FL
Philadelphia, PA 19102

Without prejudice                06/30/23

**By: James Coppedge,**
Prosona Sui Juris Sponte,
**Without prejudice,**
**UCC 1-207.4/ 1-308, 3-419**
**All Rights are Explicitly Reserved.**
**Non Pro Tunc**
**Authorized Representative**
**Surety and Trustee for the Principle**
**Attorney-In-Fact,**
**c/o 52 Barkley Court**
**Dover, Delaware, Republic**
**near [19904]**

**UNITED STATES POSTAL SERVICE.**

CHESWOLD
262 E MAIN ST
CHESWOLD, DE 19936-9998
(800)275-8777

07/26/2023                                      10:13 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® | 1 | | $2.07 |

Large Envelope
    Philadelphia, PA 19103
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
        Fri 07/28/2023
    Certified Mail®                             $4.35
        Tracking #:
            70210950000003280216

Total                                           $6.42

First-Class Mail®        1                      $1.83
Large Envelope
    Washington, DC 20224
    Weight: 0 lb 2.10 oz
    Estimated Delivery Date
        Fri 07/28/2023
    Certified Mail®                             $4.35
        Tracking #:
            70210950000003281497

Total                                           $6.18

First-Class Mail®        1                      $2.07
Large Envelope
    Philadelphia, PA 19122
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
        Fri 07/28/2023
    Certified Mail®                             $4.35
        Tracking #:
            70210950000003279517

Total                                           $6.42

First-Class Mail®        1                      $2.07
Large Envelope
    Philadelphia, PA 19102
    Weight: 0 lb 3.30 oz
    Estimated Delivery Date
        Fri 07/28/2023
    Certified Mail®                             $4.35
        Tracking #:
            9589 0710 5270 0863 8656 07

Total                                           $6.42

First-Class Mail®        1                      $2.07
Large Envelope
    Philadelphia, PA 19107
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
        Fri 07/28/2023

Certified Mail®
Tracking #:
70210950000003281411
Total $4.35
$6.42

First-Class Mail® 1 $3.03
Large Envelope
Philadelphia, PA 19102
Weight: 0 lb 7.10 oz
Estimated Delivery Date
Fri 07/28/2023
Certified Mail® $4.35
Tracking #:
70210950000003281398
Total $7.38

---

Grand Total: $39.24

---

Credit Card Remit $39.24
Card Name: VISA
Account #: XXXXXXXXXXXX1573
Approval #: 867565
Transaction #: 485
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Not Required

---

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

---

UFN: 090990-0936
Receipt #: 840-50800224-2-7058018-2
Clerk: 01

Certified
- A receipt (this
- A unique ident
- Electronic veri delivery.
- A record of de signature) tha for a specified

*Important Rei*
- You may purcl First-Class Mi or Priority Mai
- Certified Mail international i
- Insurance cov with Certified of Certified M insurance co certain Priorit
- For an additio endorsement the following
  - Return rece of delivery You can rec electronic v complete P *Receipt*; at

PS Form 3800

**PRESS FIRMLY TO SEAL**

U.S.M.S
~~Navy~~

**PRIORITY MAIL EXPRESS**

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE** ® | **EXPRESS**

EJ 397 768 658 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

James Coppedge
52 Barkley Court
Dover, Delaware near [19904]



JUL 2023

**PAYMENT BY ACCOUNT** (if applicable)
USPS Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

OFFICE OF THE CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA
601 MARKET STREET, FIRST FLOOR
PHILADELPHIA, PA 19106

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage
19936   7/27/23   $28.75

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
7/26/23   ☐ 10:30 AM ☐ 3:00 PM   $   $
   ☑ 12 NOON 6PM

Time Accepted   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee
1:01 ☐ AM ☑ PM   $   $   $

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
$   $   $ 28.75

Weight   ☐ Flat Rate   Acceptance Employee Initials
lbs.   ozs.   CO

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   Employee Signature
   ☐ AM ☐ PM

Delivery Attempt (MM/DD/YY)   Time   Employee Signature
   ☐ AM ☐ PM

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

  

**UNITED STATES POSTAL SERVICE** ®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.