IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COPPEDGE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO. 23-2291 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **22nd** day of **August 2023**, it is **ORDERED** that the Clerk of Court shall **STRIKE** Plaintiff James Coppedge's Motion.[1] (ECF 14.)

BY THE COURT:

_____
**Berle M. Schiller, J.**

---

[1] The Court dismissed Coppedge's claims with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and this case was closed on August 7, 2023. (ECF 13.) There is no active matter in which to file a motion seeking the Court's recusal, so the Court strikes his motion.