UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| James Coppedge, sui juris<br>On behalf of :<br>JAMES COPPEDGE TRUST<br>%JAMES COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DELAWARE  [19904] | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. _____<br><br>APPEARANCE BRIEF |
| PLAINTIFF<br>V.<br><br>U.S DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF PA<br><br>DEFENDANT,<br>James Coppedge,<br>  Third Party Intervenor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE NATURE OF<br>JUDICIAL NOTICE<br><br><br><br>DATE: 10/10/2023 |

**NOTICE OF APPEAL FROM AN ORDER FROM US DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA TO THE COURT OF APPEALS FOR THE EASTERN DISTRICT OF PENNSYLVANIA.  Case No.: 23-2391, Dated 09/18/2023 (See Attachment)**

This case is based on negotiable instruments.  Bonds were submitted for settlement and closure of the accounting for Real Estate Taxes and Water Tax for private property to be paid in full. The BONDS were accepted for value but not returned for correction although requested if disputed.  The case was closed without crediting the accounts and a Motion to reopen to process and credit the accounts were denied.

Due to financial hardship, I request the form to fill out for possible payment for filing fee.

Without prejudice,

_____  10/10/23
James Coppedge, sui juris as
On behalf of JAMES COPPEDGE TRUST
MINISTER JAMES COPPEDGE
c/o 52 Barkley Court
Dover, Delaware near [19904]
EIN # 26-3865251

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES COPPEDGE,
　　　　Plaintiff,

v.

CITY OF PHILADELPHIA,
　　　　Defendant.

: CIVIL ACTION
: NO. 23-2291

## ORDER

AND NOW, this 18th day of September 2023, it is ORDERED that Plaintiff James Coppedge's Motion seeking to reopen this case is DENIED.[1] (ECF 14.) This case shall remain closed.

BY THE COURT:

_/s/ Berle M. Schiller_
Berle M. Schiller, J.

---

[1] The Court dismissed Coppedge's claims with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and this case was closed on August 7, 2023. (ECF 13.) Rule 60(b) "allows a party to seek relief from a final judgment and request the reopening of his case, under a limited set of circumstances including fraud, mistake, newly discovered evidence, or any reason justifying relief." _Gonzalez v. Crosby_, 545 U.S. 524, 529 (2005); _see_ Fed. R. Civ. P. 60(b). But "Rule 60(b) motions are viewed as 'extraordinary relief which should be granted only where extraordinary justifying circumstances are present.'" _Kiburz v. Sec'y, U.S. Dep't of the Navy_, 446 F. App'x 434, 436 (3d Cir. 2011) (quoting _Bohus v. Beloff_, 950 F.2d 919, 929 (3d Cir. 1991)). There are no extraordinary circumstances that require reopening this matter.

Coppedge seeks to reopen this case "only for the purpose of utilizing [his] private exemption of Supersedes [sic] Bonds to discharge the Taxes and Water Bill Debts as presented to the Honorable Court." (ECF 16.) As the Court has explained, Coppedge's claims are "legally baseless and patently frivolous." (ECF 13.) The Third Circuit has characterized similar claims as being brought under a "Redemptionist" theory—"an indefensible tactic used by debtors attempting to avoid repayment of their debts . . . ." _Coppedge v. PNC Bank_, No. 18-2123, 2018 WL 10811876, at *1 n.1 (E.D. Pa. Nov. 21, 2018) (citing _Monroe v. Beard_, 536 F.3d 198, 203 n.4 (3d Cir. 2008)). "'[V]apor money,' 'unlawful money,' or 'redemption' theories of debt, have been uniformly rejected by the courts." _Rivera v. Gatestone & Co._, No. 23-35, 2023 WL 5530685, at *6 (D. Conn. Aug. 28, 2023) (citations omitted).

If Coppedge continues to submit filings lacking any legal basis, the Court may consider whether to use its inherent power to impose a pre-filing injunction as "an appropriate sanction for conduct which abuses the judicial process" under the All Writs Act, 28 U.S.C. § 1651(a); _see also Brow v. Farrelly_, 994 F.2d 1027, 1038 (3d Cir. 1993).

## Verification

I, the undersigned, do certify that the foregoing is true and correct to the best of my knowledge, understanding, and upon my unlimited commercial liability as Secured Party Creditor.

### CERTIFICATION OF SERVICE

I, the undersigned, do certified that I caused to be served the foregoing PETITION FOR APPEAL to be served upon the following parties this 11 day of OCTOBER 2023 in the manner indicated below:

By US pre-paid mail:

CITY OF PHILADELPHIA
ATTN: SAM SCAUVZZO, ESQ
ASSISTANT CITY SOLICITOR
LAW DEPARTMENT
1401 J.F. K. BLVD, Room 580
PHILADELPHIA, PA 19102

By: U.S. pre-paid mail:

U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
ATTN: Clerk of Court
601 MARKET STREET
PHILADELPHIA, PA 19106

By: U.S. pre-paid mail:

U.S. COURT OF APPEALS
ATTN: Clerk of Court
601 MARKET STREET
PHILADELPHIA, PA 19106

Without prejudice,                 10/10/23
_____
By: James Coppedge. Living Man
Authorized Representative
Without prejudice or recourse,
All rights are explicitly reserved
UCC 1-207.4/1-308
52 Barkley Ct
Dover, Delaware 19904

J.C
52 Barkley Ct
Dover, DE 19904





Retail
U.S. POSTAGE PAID
FCM LG ENV
PHILADELPHIA, PA 19131
OCT 11, 2023
19106
$1.59
RDC 99
R2305H129367-19

U.S. District Court
for the Eastern District
of Pennsylvania
ATTN: Clerk Of Court
601 Market St, First Fl.
Phila., PA 19106



RECEIVED
OCT 13 2023
BY: _____

RECEIVED
OCT 13 2023