# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Coppedge, sui juris § | | |
| JAMES COPPEDGE, § | | |
| Plaintiff § | | **CIVIL/CRIMINAL** |
| § | | **ACTION NO. 23-2883** |
| vs. § | | |
| § | | |
| CITY OF PHILADELPHIA, § | | Jury Trial:  x Yes  __No |
| James J. Zwolak, Esq. § | | |
| Attorney for the Defendant § | | |
| Defendant, § | | |

## MOTION

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

### A CONTEST OF UNLAWFUL DOUBLE BOOK ENTRIES

MOTION TO RE-OPEN CASE No.: 23-2883 AND TO
PROCEED INFORMA PAUPERIS

A supersede as Bond is **posted (attached)** for twice the value of filing in the Amount of $1200.00 USD. This an Appeal from an Order of this Court to the US Court of Appeals for the Third Circuit of Pennsylvania, pursuant to HJR-192 of June 5, 1933, PA Code under Title 13, UCC § 3-603, UCC § 3-604, etc. This Appeal is in consideration of the U.S. Constitution Article 1, § 10.
    Reference April 5, 1933, then President Franklin D. Roosevelt, ….See attachment. Blocking credit goes against Public Policy of the United States.   See the Fair Debt Collection Act: Title 15 USCA SECTION 552 AND Title 18 USC SECTION 1702, 1708,1341,1343, 2510, 25112517 AND Postal violation and Mail Fraud Title 18 & 39.

This is a pre-paid account, pursuant to UCC 3-419.  To disregard the law and bill under Article 1, Section 10 amounts to theft of credit, pursuant to Title 18, Part 1, Chapter 42, Section 894, and Chapter 44, Section 661, Extortion with Title 26, Section 7214 and the National Currency Act, Section 27, 28,53 which is equal to Embezzlement Theft, UCC §3-603.

Please enter my appearance as James Coppedge, the Authorized Representative for the CORPORTE ISSUE OF JAMES COPPEDGE, DEBTOR © Ens legis.

1

Without prejudice,

_____ 04/05/24
James Coppedge, sui juris
Authorized Representative &
Secured Party Creditor
c/o 52 Barkley Ct
Dover, Delaware near [19904]

2

# AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF: **DELAWARE**

COUNTY OF: **KENT**

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

**1. NAME** *(First, Middle, Last) (Type or Print)*
JAMES COPPEDGE

**2. HOME ADDRESS** *(Number, Street, City, State, ZIP Code)*
52 BARKLEY COURT, DOVER, DE 19904
B/C # 156-44-328005

**3. TYPE AND DURATION OF OCCUPATION**
SURETY/LIFETIME

**4. NAME AND ADDRESS OF EMPLOYER** *(If Self-employed, so State)*
US DISTRICT COURT FOR THE EASTERN DISTRICT OF PA

**5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED** *(If any)* *(Number, Street, City, State, ZIP Code)*
DEPOSITORY TRUST COMPANY
55 WATER STREET, NEW YORK, NY 10041

**6. TELEPHONE NUMBER**
HOME - N/A
BUSINESS - N/A

**7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:**

(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

FILING FEE FOR CASE NUMBER: 220102380 for the CITY OF PHILADELPHIA IN THE AMOUNT OF TWICE THE VALUE OF $600.00 = $1200.00 for the Appeal of Case No. 23-2883. The APPEAL TO THE COURT OF APPEALS IS IN REFERENCE TO Coppedge v. CITY OF PHILADELPHIA. The APPEAL is in reference to Real Estate Tax and Water Tax, pursuant to HJR-192 The Filing Fees are to be process in the District Court of PHILADELPHIA, PA.19106

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*

**8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.**

Unlawful Judgements liens are against 3637 N. 21St, 3742 N. 18th St, 3739 N. 18th St, 2113 W. Erie Ave all of 19140.

**9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.**

E81761746

DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

**10. SIGNATURE**
JAMES COPPEDGE
James Coppedge, Authorized Representative

**11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES** *(Where appropriate)*
E81761746

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

a. DATE OATH ADMINISTERED
MONTH / DAY / YEAR
04/05/2024

b. CITY AND STATE *(Or other jurisdiction)*

c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)*

d. SIGNATURE

e. MY COMMISSION EXPIRES

Official Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(a)

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete a submit this form with the bond. (See 48 CFR 28.203, 53.228(e).) The surety must have the comple form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as individual surety. Likewise, members of a partnership are not acceptable as sureties on bonds tha partnership or an association, or any co-partner or member thereof, is the principal obligor. Howev stockholders of corporate principals are acceptable provided (a) their qualifications are independent their stockholdings or financial interest therein, and (b) that the fact is expressed in the affidavit justification. An individual surety will not include any financial interest in assets connected with principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when contract is awarded in the United States. However, when the Contracting Officer is located in outlying area or a foreign country, the individual surety is only required to be a permanent resident of area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatu are not acceptable. An authorized person must sign the bond. Any person signing in a representa capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is nc member of a firm, partnership, or joint venture, or an officer of the corporation involved.



STANDARD FORM 28 (REV. 6/20

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas <u>JAMES COPPEDGE</u>, of <u>B/C # 154-44-328005</u>, by a bond
            (Name)             (Place of Residence)
for the performance of U.S. Government Contract Number <u>2201342201</u>,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow

    in Account Number <u>CASE No. 23-2883</u> on deposit

    at <u>United States District Court for the Eastern District of PA</u>
              (Name of Financial Institution)

located at <u>601 MARKET STREET, PHILADELPHIA, PA 19106</u>, and
            (Address of Financial Institution)

Whereas I, <u>james coppedge family of coppedge</u>, being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

see Standard Form 28 AFFIDAVIT OF INDIVIDUAL SURETY (attached)

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

<u>United States District for the Eastern District of Pennsylvania</u>
        (Name of Financial Institution)

[Date] 04/05/2024

[Signature] *James Coppedge* (seal)

Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)



ATTACHMENTS

Case 2:23-cv-02291-BMS   Document 20   Filed 04/11/24   Page 7 of 12

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>23-2883</u>

Coppedge v. City of Philadelphia

To:  Clerk

1)  Appellant's Letter and Attached Documents Titled "Original Issue Discount," "Acquisition or Abandonment of Secured Property," "Annual Summary and Transmittal of U.S. Information Returns," and "Proceeds from Broker and Barter Exchange Transactions," received on March 20, 2024

The foregoing letter and documents have been docketed in this appeal but no further action will be taken on them. This appeal was dismissed on January 29, 2024, because the appellant did not pay the required fees or file a motion to proceed in forma pauperis. If the appellant believes this appeal should be reopened, he must file a formal motion in this Court seeking that relief. "A motion must state with particularity the grounds for the motion, the relief sought, and the legal argument necessary to support it." See Fed. R. App. P. 27(a)(2)(A). When filing a motion to reopen, the appellant should also either (1) pay the required fees to the district court or (2) file a motion asking to proceed in forma pauperis.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: March 25, 2024
JK/cc: James Coppedge

MEMORANDUM OF LAW

# You Can Discharge Almost Any Debt with Proper Use of the UCC – Strawmineus Homo - The Strawman Cometh

**You Can Discharge Almost Any Debt with Proper Use of the UCC**

You can discharge Secured Loans, Credit Card Debt, Student Loans, Auto Loans, Assessments, Citations, Debts, Demands, Fines, Penalties, Tax Liens and Judgments.

Debt Discharge and "Accepted for Value" is based on understanding how you've been mislead and learning what to do about it.

You just have to know How to Do It!

**The History of How We Were Put Into the "Commerce Game"**

On April 5, 1933, then President Franklin Delano Roosevelt, under Executive Order, issued April 5, 1933, declared: "All persons are required to deliver on or before May 1, 1933 all Gold Coin, Gold Bullion, and Gold Certificates now owned by them to a Federal Reserve Bank, branch or agency, or to any member bank of the Federal Reserve System."

James A. Farley, Postmaster General at that time, required each postmaster in the country to post a copy of the Executive Order in a conspicuous place within each branch of the Post Office. On the bottom of the posting was the following:

Criminal Penalties for Violation of Executive Order

$10,000 fine or 10 years imprisonment, or both, as provided in Section 9 of the order.

Section 9 of the order reads as follows:

"Whosoever willfully violates any provisions of this Executive Order or of these regulations or of any rule, regulation or license issued thereunder may be fined not more than $10,000, or if a natural person, may be imprisoned for not more than 10 years, or both; and any officer, director or agency of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisonment, or both.

NOTE: Stated within a written document received September 17, 1997, from the U.S. Department of Justice, Office of Legal Counsel, Office of the Deputy Assistant Attorney General, Richard L. Shiffin, in response to a Freedom of Information Act (FOIA), was the following:

"A fact that is frequently overlooked is that Executive Orders and proclamations of the President normally have no direct effect upon private persons or their property, and

1 | Page

## VERIFICATION

I, the undersigned do certify that the following documents are true and correct and not misleading to the best of my knowledge and understanding.

### CERTIFICATION OF SERVICE

I, the undersigned, do certify that I cause the following documents: MOTION TO RE-OPEN CASE NUMBER 23-2883 FOR UNLAWFUL DOUBLE BILLING to be served upon the following parties on this 8 day of APRIL, 2024 in the manner indicated below: Contents Motion, Copy of BONDS, MEMORANDUM OF LAW.

By: Pre-paid first class mail:

| | |
|---|---|
| Office of the Clerk<br>US DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF<br>PENNSYLVANIA<br>601 MARKET ST, First Floor<br>PHILADELPHIA, PA 19106 | originals |

By: Pre-paid first class mail:

| | |
|---|---|
| CITY OF PHILADELPHIA/<br>DEPARTMENT OF REVENUE<br>ATTN: JAMES J. ZWOLAK, Esq.<br>MSB, LAW DEPT<br>1401 JFK BLVD, 5TH FL<br>PHILADELPHIA, PA 19102 | COPIES |

By: Pre-paid first class mail:

| | |
|---|---|
| Office of the Clerk<br>US COURT OF APPEALS<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | COPIES |

/

Sincerely,

                        Without prejudice,

                        _____ 04/05/24

By: James Coppedge, sui juris
UCC 1-207.4/1-308, 3-419, 1-103.6
All rights are explicitly reserved—
Non Pro Tunc
Authorized Representative,
Secured Party Creditor,
Attorney-In-Fact for
JAMES COPPEDGE,
DEBTOR © Ens legis
c/o    52 Barkley Ct
        Dover, Delaware 19904
        (302) 674-2535

2



Office of the Clerk
U.S. District Court For
Eastern District of PA, First FL
601 Market ST
PHILA, PA 19106

J. C.
52 Berkley Ct
Dover, DE 19904