IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COPPEDGE** | : | **CIVIL ACTION** |
| v. | : | |
| **CITY OF PHILADELPHIA** | : | **NO.: 23-cv-2291** |

# O R D E R

**AND NOW**, this **11th** day of **APRIL 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Berle M. Schiller to the calendar of the Honorable Karen S. Marston.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

  /s/George Wylesol
GEORGE WYLESOL
Clerk of Court