IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES COPPEDGE**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-2291-KSM** |

## ORDER

**AND NOW**, this 15th day of April, 2024, upon consideration of *pro se* Plaintiff's Motion to Re-Open Case No. 23-2883 and to Proceed In Forma Pauperis (Doc. No. 20), it is **ORDERED** that the motion is **DENIED.**[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Plaintiff moves to reopen his appeal with the Third Circuit Court of Appeals, which was dismissed on January 29, 2024 for failure to prosecute. (*See* Doc. No. 19.) But this Court has no power to reopen his appeal. Instead, Plaintiff should direct his motion to the appellate court.